IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 10614 GAO

VENTANA MEDICAL SYSTEMS, INC.,

Plaintiff,

v.

VISION BIOSYSTEMS, INC.,

Defendant.

CIVIL ACTION NO. ______

MAGISTRATE JUDGE

RECEIPT # 63091
AMOUNT $ 250
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK.
DATE 3/29/05

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Ventana Medical Systems, Inc. ("Ventana"), for its complaint, avers as follows:

### Parties

1. Ventana is a corporation organized under the laws of the State of Delaware, with its principal place of business in Tucson, Arizona.

2. Upon information and belief, defendant Vision BioSystems, Inc. ("Vision") is a corporation organized under the laws of Delaware, with its principal place of business in Norwell, Massachusetts.

### Jurisdiction and Venue

3. This is an action arising under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction based on 28 U.S.C. §§ 1331 and 1338(a). Venue is based on 28 U.S.C. §§ 1391 and 1400(b).

**Claim for Relief**

4. Ventana is the owner by assignment of U.S. Patent No. 6,352,861 B1 ("the '861 patent"), which was duly and legally issued by the United States Patent and Trademark Office on March 5, 2002. A true and correct copy of the '861 patent is attached hereto as Exhibit A.

5. Vision is not licensed under the '861 patent.

6. Vision is infringing the '861 patent by making, using, offering to sell, and/or selling an apparatus known as the Bond OCR.

7. Ventana has been damaged by Vision's infringing activities and will be irreparably injured unless such infringing activities are enjoined by the Court.

8. Vision's infringement of the '861 patent has been willful, making this case exceptional under 35 U.S.C. § 285 and warranting an award of trebled damages under 35 U.S.C. § 284.

**Prayer for Relief**

WHEREFORE, Ventana prays for a judgment that:

a. Vision has directly infringed, contributed to the infringement of, and induced infringement of the '861 patent;

b. Preliminarily and permanently enjoins Vision, its officers, agents, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with anyone of them, from infringing the '861 patent;

c. Awards Ventana damages adequate to compensate for Vision's infringement, together with interest and costs;

d. Trebles the damages assessed pursuant to 35 U.S.C. § 284;

e. Awards Ventana its attorneys fees pursuant to 35 U.S.C. § 285; and

f. Awards Ventana such other and further relief as the Court may deem proper.

Dated: March 29, 2005

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

Brian L. Michaelis (BBO #555159)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

Jeffrey N. Danis (BBO #113880)
VENTANA MEDICAL SYSTEMS, INC.
1910 Innovation Park Drive
Tucson, Arizona 85737
(520) 229-3965

Of counsel:

Ron E. Shulman
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
(415) 947-2000

# 1353800 v1 - MICHAEBL - 021160/0005

US006352861B1

(12) **United States Patent**
**Copeland et al.**

(10) **Patent No.: US 6,352,861 B1**
(45) **Date of Patent: Mar. 5, 2002**

(54) **AUTOMATED BIOLOGICAL REACTION APPARATUS**

(75) Inventors: **Keith G. Copeland; Thomas M. Grogan; Charles Hassen; William Ross Humphreys; Charles E. Lemme; Phillip C. Miller; William L. Richards; Wayne A. Showalter**, all of Tucson, AZ (US)

(73) Assignee: **Ventana Medical Systems, Inc.**, Tucson, AZ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/452,309**

(22) Filed: **Dec. 1, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/906,678, filed on Aug. 5, 1997, which is a continuation of application No. 08/479,415, filed on Jun. 6, 1995, now Pat. No. 5,654,200, which is a division of application No. 08/352,966, filed on Dec. 9, 1994, now Pat. No. 5,595,707, which is a continuation of application No. 07/924,052, filed on Aug. 31, 1992, now abandoned, which is a continuation-in-part of application No. 07/488,601, filed on Mar. 2, 1990, now abandoned.

(51) **Int. Cl.**[7] .......................... **G01N 1/00**; G01N 35/04

(52) **U.S. Cl.** ............................ **436/46**; 436/43; 436/45; 436/47; 436/49; 436/54; 436/180; 422/63; 422/64; 422/65; 422/67; 422/100; 422/102; 427/2.11; 141/130; 141/145

(58) **Field of Search** ............................ 422/63–65, 100, 422/67, 102; 436/43, 45, 46, 47, 49, 54, 180; 427/2.11; 141/130, 145

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,346,056 A * 8/1982 Sakurada .................... 422/64
4,678,752 A 7/1987 Thorne et al.
4,729,661 A 3/1988 Bell
4,844,868 A * 7/1989 Rokugawa .................. 422/64
4,855,109 A 8/1989 Muraishi et al.
4,935,875 A * 6/1990 Shah et al. .................. 364/49
4,961,906 A * 10/1990 Andersen et al. ........ 422/102 7
4,985,206 A * 1/1991 Bowman et al. ............. 422/99
5,051,238 A 9/1991 Umetsu et al.
5,075,079 A * 12/1991 Kerr et al. ................... 422/64
5,180,606 A * 1/1993 Stokes et al. ................. 427/2
5,229,074 A 7/1993 Heath et al.
5,232,664 A * 8/1993 Krawzak et al. ............. 422/64
5,355,695 A * 10/1994 Kanamori et al. ........... 422/65
5,424,036 A * 6/1995 Ushikubo .................... 422/64
5,425,918 A * 6/1995 Healey et al. ................ 422/64

(List continued on next page.)

OTHER PUBLICATIONS

Stark et al., An Automated Device of Immunocytochemistry, Journal of Immunological Methods, 1988, Elsevier, 107, pp. 89–92.*

*Primary Examiner*—Jill Warden
*Assistant Examiner*—Kathryn Bex
(74) *Attorney, Agent, or Firm*—McDonnell Boehnen Hulbert & Berghoff

(57) **ABSTRACT**

An automated immunostaining apparatus having a reagent application zone and a reagent supply zone. The apparatus has a carousel slide support supporting a plurality of slide supports thereon, and drive means engaging the carousel slide support for consecutively positioning each of a plurality of slide supports in the reagent application zone. The apparatus also has a carousel reagent support having a plurality of reagent container supports thereon, and drive means engaging the carousel for rotating the carousel and positioning a preselected reagent container support in the reagent supply zone. The apparatus also has a reagent delivery actuator means positioned for engaging a reagent container positioned on a container support in the reagent delivery zone and initiating reagent delivery from the reagent container to a slide supported on a slide support in the reagent receiving zone.

**25 Claims, 37 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,439,645 | A | * | 8/1995 | Saralegui et al. | 422/64 |
| 5,439,649 | A | * | 8/1995 | Tseung et al. | 422/99 |
| 5,645,114 | A | * | 7/1997 | Bogen et al. | 141/145 |
| 5,646,046 | A | | 7/1997 | Fischer et al. | |
| 5,654,200 | A | * | 8/1997 | Copeland et al. | 436/46 |
| 5,656,493 | A | | 8/1997 | Mullis et al. | |
| 5,947,167 | A | * | 9/1999 | Bogen et al. | 141/1 |
| 6,193,933 | B1 | * | 2/2001 | Sasaki et al. | 422/64 |

* cited by examiner


FIG. 1
2
4
6
7
8
10
11
12
14
16
18
20
22
24
26
28
30
31
32
33
33
34
35
36
40
44
50
74
86



34
32
36
66
38
62
64
82
60
18
12
14
12
46
80
44
76
35
26
20
10
11
78
42
8
50
72
57
74
52
24
22
40
54
58
28
30
56


FIG. 2


FIG.3
36
18
12
11
20
14
46
8
16
10
82
60
50
50
22
35
25
86
26
48
52
24
44
78
42
70
40
76
72
57
74


FIG.4
8
10
12
20
18
46
36
11
14
50
35
25
52
48
86
22
82
64
38
72
57
74
66
40
78
80
80
70
42
68
44


106
103
108
110
102
26
156
101
116
122
120
112
118
111
114
115
100
113
104

FIG.5




FIG. 6



115
112
150
148
142
141
140
134
144
146
145
130
143
116
152
151
124
26
108
106
136
132
128
126
FIG.7


104
148
112
150
134
146
160
145
142
114
26
124
118
126
110
102
108
136
103
110
156

FIG.8


148
154
160
150
112
114
145
118
126
102
110
158
108
110
162
164
136
156

FIG.9


FIG. 10
150
148
112
24
292
159
158
160
102
114
110
C
108
136
118
162
164



222
C
50
220
212
B
24
228
216
62
204
352
358
218
202
A
200
C
226
224
B
214
210
208
231
A
206
D
205
229
D
FIG.11



a
103
102
136
238
242
234
236
233
232
200
240
230
b
104
140
126
24
22
244


FIG.12


158
103
250
252
238
234
236
254
256
233
233
233
233
100
232
272
262
270
258
264
230
266
274
50
200
202
204
260
268
276

FIG.13


278
280
282
231
200
238
258
148
112
206
205
202
262
264
288
284
208
292
290
204
270
272
286
210
214
226
50
212
294
224
228
220
351
221
358
222

FIG.14


300
18
216
304
302
346
306
348
12
308
10
11
307
8
312
336
310
316
314
334
331
333
294
344
338
296
342
345
330
293
298
28
238
340
332
233
124
299
212
100
347
140
136
24
126
22

FIG. 15


FIG.16
12
314
10
316
333
330
331
332
224
e
24
354
355
336
357
356
334
342
352
351
350
222
22
8
d


222
220
350
351
233
354
228
226
356
363
360
362
361
358
357
224
354
355

FIG. 17




FIG.18C




FIG.18B




FIG.18A




FIG.19A




FIG.19B




FIG.20A


FIG. 20B
804
10A
800A
314A
802A
805
806
808
807
800A
802A
805
FIG. 20C
804
800A
806
10A
800A
314A



FIG.21
229
24
22
610
611
612



80
82
86
403
404
402
406
408
426
410
412
278
414
416
280
418
420
282
422
424
300
428
38
430
64
466
431
432
436
440
441
438
434
442
448
212
446
443
44
444
450
260
200
460
452
268
202
462
454
276
204
464
468
470
472
224
222


FIG. 22


80
514
518
76
78
529
533
537
541
511
513
517
521
524
528
532
536
540
510
512
516
520
522
526
530
534
538
508
500
506
504

FIG. 23


508
552
554
556
558
560
562
564
568
572
574
78
76
576
550
68
70
66
231
346
34
566
570
35

FIG. 24


508
584
586
588
590
592
594
596
598
600
604
606
460
462
464
446
412
416
420
424
468
602
432
580
582
610
608
56
622
618
626
640
634
624
620
628
638
636
614
347
612
332
616
632
630
331
648
650
646
652
644
391
642
390

FIG.25



508
672
674
678
402
804
610
670
676
680
692
694
690
14
696
698
702
704
700
48
706
708
580
711
712
714
716
710
718
728
738
748
720
722
724
726
730
732
734
736
740
742
744
746
750
752
754
756


FIG. 26




FIG. 27



4
24
220A
220A
220A
233A
233
220A
356A
220A
220A
220A
104A
C
53
52
51
212
202A
148A
B
A
200A
23
103A
26A


FIG. 28




FIG. 29A




FIG. 29B




FIG.30A




FIG.30B




FIG.31


24
233
234P
234
234P
360
360
356A
351A
350A
358A
352A
352A
220A

FIG.32




FIG.33A




FIG.33B




FIG.34

# AUTOMATED BIOLOGICAL REACTION APPARATUS

This is a continuation of application Ser. No. 08/906,678, filed Aug. 5, 1997, pending, which is a continuation of application Ser. No. 08/479,415, filed Jun. 6, 1995, U.S. Pat. No. 5,654,200, which is a division of application Ser. No. 08/352,966, filed Dec. 9, 1994, U.S. Pat. No. 5,595,707, which is a continuation of application Ser. No. 07/924,052, filed Aug. 31, 1992, abandoned, which is a continuation-in-part of application Ser. No. 07/488,601, filed Mar. 2, 1990, abandoned.

## TECHNICAL FIELD

This invention relates an improved biological reaction platform which can be used for a wide variety of assays, for example, automatic immunostaining of tissue sections, in situ DNA analysis, immunoassays such as ELISA, and the like. The automatic device of this invention can be used to process a large number of samples such as tissue sections mounted on slide surfaces using agents and protocols preselected by the operator, while maintaining the slide surfaces in a substantially horizontal plane throughout the incubation cycles.

## BACKGROUND ART

Immunostaining and in situ DNA analysis are useful tools in histological diagnosis and the study of tissue morphology. Immunostaining relies on the specific binding affinity of antibodies with epitopes in tissue samples, and the increasing availability of antibodies which bind specifically with unique epitopes present only in certain types of diseased cellular tissue. Immunostaining requires a series of treatment steps conducted on a tissue section mounted on a glass slide to highlight by selective staining certain morphological indicators of disease states. Typical steps include pretreatment of the tissue section to reduce non-specific binding, antibody treatment and incubation, enzyme labeled secondary antibody treatment and incubation, substrate reaction with the enzyme to produce a fluorophore or chromophore highlighting areas of the tissue section having epitopes binding with the antibody, counterstaining, and the like. Each of these steps is separated by multiple rinse steps to remove unreacted residual reagent from the prior step. Incubations are conducted at elevated temperatures, usually around 40° C., and the tissue must be continuously protected from dehydration. In situ DNA analysis relies upon the specific binding affinity of probes with unique nucleotide sequences in cell or tissue samples and similarly involves a series of process steps, with a variety of reagents and process temperature requirements.

Automated systems have been explored to introduce cost savings, uniformity of slide preparation, and reduction of procedural human errors. Stross, W. et al, *J.Clin.Pathol.* 42:106–112 (1989) describes a system comprising a series of baths positioned under the circumference of a circular, rotatable disc from which slide trays are suspended. The disc is lifted to lift slide trays from their baths, turned to position the slide trays above the next consecutive bath, and lowered to immerse the slide trays in the baths. This operation can be automated with suitable timers and switches. This system exposes each of the slides to the same treatment and relies on dipping for application of reactants and rinsing.

Stark, E. et al, *J.Immunol.Methods.* 107:89–92 (1988) describes a microprocessor controlled system including a revolving table or carousel supporting radially positioned



slides. A stepper motor rotates the table, placing each slide under one of the stationary syringes positioned above the slides. A predetermined volume of liquid, determined by a dial, is delivered to a slide from each syringe. Microprocessor controls are provided.

Cosgrove, R. et al, *ACL.* pp 23–27 (December, 1989) describe an immunostaining apparatus for auto-pipetting reagents into a slide well from a carousel holding up to 18 reagent vials. Below each well, a coverplate spaced from the surface of each slide provides cover and defines a reagent flow channel. The slides are suspended at a steep angle. Reagent from the well flows downward over the slide surface. A row of slides are suspended for sequential treatment. Washing is accomplished by a 3 to 4 minute continuous running wash over the sample, yielding an estimated 20:1 wash/reagent ratio.

Brigati, D. et al, *J.Histotechnology* 11:165–183 (1988) and Unger, E., Brigati, D. et al, et al, *J.Histotechnology.* 11:253–258 (1988) describe the Fisher automated work station using capillary gap technology. A coverplate is placed over the slide, forming a capillary gap. Liquid is introduced into the capillary gap by placing the lower edge of the plate-slide pair in a liquid. Liquid is removed by placing the lower edge of the plate-slide pair on a blotter. The system is further described in U.S. Pat. Nos. 4,777,020, 4,798,706 and 4,801,431. The previously known devices are limited in their performance and unable to satisfy the needs for automated, high precision immunohistology.

It is an object of this invention to provide a device which provides more rapid, reliable and more reproducible results than standard methods; can perform any standard immunochemical assay including assays relying on immunofluorescence, indirect immunoassay procedures, peroxidase anti-peroxidase methods, or avidin-biotin technology; preforms all steps of the immunohistochemical assay irrespective of complexity or their order, at the time and temperature, and in the environment needed; and is cost effective in terms of equipment, reagent and labor costs.

## DISCLOSURE OF THE INVENTION

The automated biological processing apparatus of this invention comprises a reagent carousel cooperating with a sample support carousel to apply a sequence of preselected reagents to each of the samples with interposed mixing, incubating, and rinsing steps cooperating therewith. The slide support carousel has a plurality of slide supports thereon and drive means engaging the slide support carousel for consecutively positioning each of a plurality of slide supports in a reagent receiving zone. The reagent carousel has a plurality of reagent container supports thereon and drive means engaging the reagent carousel for rotating this carousel and positioning a preselected reagent container support and associated reagent container in a reagent supply zone. The apparatus has a reagent delivery actuator means positioned for engaging a reagent container positioned on a container support in the reagent supply zone and initiating reagent delivery from the reagent container to a slide supported on a slide support in the reagent receiving zone.

The apparatus preferably has bar code readers positioned to read bar codes on the sample containers or slides and on the reagent containers. Each of the carousels have homing systems containing a detectable component and a proximity detector therefor for indexing the position of the reagent containers and slides.

One particular advantageous feature of the present invention is that by employing a computer control arrangement to

control the positioning of the reagent and slide support carousel, different reagent treatments can be individually performed for each of the various tissue samples by appropriate programming of the apparatus. Additionally, the provision of the bar code readers permits tracking of each of the tissue samples as well as a record of the reagents applied thereto.

The apparatus preferably has a heating chamber means surrounding the slide support carousel for heating slides supported thereon to a predetermined temperature. The heating chamber means includes a hot gas manifold having a plurality of hot gas outlets positioned above the slide supports. The heating chamber means includes a temperature sensor and a hot gas control means connected to the temperature sensor for increasing heat supplied to gas flowing through the manifold and for increasing the hot gas flow rate if further heat is required to maintain the heating chamber at a preselected temperature. The temperature sensor is a thermistor, the tip thereof being enclosed in a heat sensitivity reducing jacket. The hot gas control system includes two heating components with separate controls and a speed control for the hot gas fan.

The drive means engaging the slide support carousel is also a means for consecutively positioning each of a plurality of slide supports at rinse zone, an evaporation control liquid and reagent receiving zone, a vortex mixing zone including vortex mixing means, and an incubation zone formed by the heating chamber means.

According to a first embodiment of the rinse zone, rinse spray means are positioned adjacent to the rinse zone for applying pulses of rinse liquid to the surface of each of the slides positioned in the rinse zone. The apparatus slide supports are, according to this first embodiment of the rinse zone, pivotally mounted for pivotal motion from a horizontal slide incubation position to a tilted slide draining position following each pulse of rinse liquid.

According to a second embodiment of the rinse zone, first and second rinse spray means are respectively positioned only at the beginning and end of the rinse zone, so as to be spaced from one another. The first rinse spray means deposits a layer of rinse liquid onto a slide upon entering the rinse zone and the second spray means, after a predetermined waiting period, uses pulsed streams of rinse liquid, alternately directed at the longitudinal edges of the slides, to knock the previously deposited layer of rinse liquid off of the slide as the slide exits the rinse zone. According to this second embodiment of the rinse zone, the apparatus slide supports are stationary, a jet drain being provided at, for example, the end of the rinse zone, which directs a stream of fluid, such as, for example, air or the like, over the slide to drain any remaining rinse liquid off of the slide surface.

The apparatus preferably has a volumetric pump means, and a reagent delivery actuator means positioned for activating the volumetric pump means, thereby effecting delivery of reagent from a reagent container by the volumetric pump to the reagent delivery zone. An evaporation inhibitor liquid application means is positioned adjacent the reagent delivery zone.

Vortex agitation means are positioned adjacent the agitation zone for stirring reactants on a slide supported in the vortex agitation zone.

The pivoting slide support has distal and proximal ends, the distal end having raised terminal and lateral distal guide tabs with guide termini. The proximal end has first and second lateral guide tabs with opposed slide engaging surfaces for engaging and holding the lateral edges of a slide. The guide termini are lower than the upper slide surface plane. In this embodiment of the slide support, the slide support surface is tipped or pivoted by a tipper to drain rinse liquid from the surface of the slide.

The stationary slide support has a slide support platform at a proximal end and a slide support post at a distal end thereof. The distal end also has raised lateral distal guide tabs with guide termini between which a slide is positioned. The slide support platform at the proximal end has a guide edge and a slide clamping arrangement for clamping a slide to the support platform without interfering with the reading operation of the bar code reader. The distal guide termini are lower than the upper slide surface plane to prevent wick-off of liquid on the slide surface. In this embodiment, rinse liquid is drained from the surface of the slide employing a jet drain which directs a stream of fluid, i.e., gas or liquid, over the slide surface.

An improved biochemical method of this invention with increased sample dehydration protection comprises carrying out a biochemical reaction under a layer of evaporation inhibiting liquid. The improvement comprises (a) covering the sample with an aqueous surface layer by applying an aqueous solution to a planar support surface adjacent a biological sample mounted thereon; and (b) covering the aqueous surface layer with an evaporation inhibiting liquid layer by applying the evaporation inhibiting liquid to the planar support surface adjacent the biological sample in an amount sufficient to form a continuous layer of evaporation inhibiting liquid over the sample. The evaporation inhibiting liquid is substantially water-insoluble, substantially water-immiscible and substantially non-viscous; has a specific gravity less than water, and a boiling point above 50° C.; and is devoid of chemical characteristics which would significantly interfere with biochemical reactions carried out on the sample. The biological sample can then be optionally treated (c) with an aqueous reagent solution by applying the reagent solution to the planar support surface adjacent the biological sample. The reagent solution flows to the biological sample under the evaporation inhibiting liquid layer, and the sample is continuously protected from dehydration by the evaporation inhibiting layer.

In another aspect of this invention, the reagent solution is stirred on the surface of the biological sample by applying at least one gas stream to an area of the surface of the evaporation inhibiting liquid layer between the center of the evaporation inhibiting layer and the edge of the planar support surface, the gas stream having a central axis forming an acute angle with the planar support surface. According to one embodiment of the present invention, the reagent solution is preferable stirred by a vortex formed by applying two off-center gas streams, flowing in opposite directions, to the surface of the evaporation inhibiting liquid layer. According to a further embodiment of the present invention, the reagent solution is stirred by a vortex formed by applying a single gas stream along a longitudinal edge of the slide, the gas stream originating from the distal edge of the slide.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a left front, isometric view of the automated immunostaining apparatus according to a first embodiment of this invention which employs a tipper rinse method, with the cabinet shell removed.

FIG. 2 is an exploded right front isometric view of the apparatus shown in FIG. 1.

FIG. 3 is a partial exploded left front isometric view of the apparatus shown in FIG. 1.

FIG. 4 is a partial exploded right rear isometric view of the apparatus shown in FIG. 1.

FIG. 5 is a top view of a pivotally mounted slide support.

FIG. 6 is an isometric view of the underside of the slide support component.

FIG. 7 is a side view of the pivotally mounted slide support of FIG. 5 showing the tipper and mounting details.

FIG. 8 is an isometric view of the mounted slide support of FIG. 7 in the untipped position.

FIG. 9 is an isometric view of the mounted slide support of FIG. 7 in the tipped position.

FIG. 10 is a distal end view of the mounted slide support in the tipped position.

FIG. 11 a fragmentary top view of the slide support carousel showing details of the slide treatment stations.

FIG. 12 is a schematic cross-sectional view of a rinse station taken along the line A—A in FIG. 11, showing details of rinse liquid flow on a slide.

FIG. 13 is a top schematic view of the rinse stations showing details of the rinse liquid distribution on slides being treated therein.

FIG. 14 is an isometric view of the slide treatment bar code reading, rinse, reagent receiving and vortex mixing stations.

FIG. 15 is a schematic, fragmentary cross-sectional view of the evaporation inhibiting liquid and reagent receiving station, taken along the line B—B in FIG. 11.

FIG. 16 is a cross-sectional view of the vortex mixing assembly, taken along the line C—C in FIG. 11.

FIG. 17 is a top schematic view of the vortex mixing zone, showing details of the vortex mixing action.

FIG. 18 is a schematic representational cross-sectional view of a slide following the rinse liquid, evaporation inhibitor and reagent application steps.

FIGS. 19A–19B are cross-sectional views of respective alternative embodiments of a rinse liquid container and associated heating components.

FIG. 20A is a bottom, isometric view of one embodiment of a reagent container support tray.

FIGS. 20B–20C are side sectional views of a further embodiment of the reagent container support tray.

FIG. 21 is a fragmentary cross-sectional view taken along the line D—D in FIG. 11 showing the slide carousel metal proximity sensor indexing system of this invention.

FIG. 22 is a schematic view of the pneumatic system of the automated immunostaining apparatus of this invention.

FIG. 23 is a schematic drawing of the 120 volt AC power distribution in the apparatus of this invention.

FIG. 24 is a schematic drawing of the DC power distribution in the apparatus of this invention.

FIG. 25 is a schematic drawing of a first portion of the computer digital I/O system in the apparatus of this invention.

FIG. 26 is a schematic drawing of a second portion of the computer digital I/O system in the apparatus of this invention.

FIG. 27 is schematic drawing of the computer serial and floppy disk I/O system in the apparatus of this invention.

FIG. 28 is a further embodiment of the intermediate section of the apparatus of this invention which dispenses with the tipper rinse method.

FIGS. 29A–29B are top and side views respective an alternative embodiment of the slide support for use with the embodiment of FIG. 28.



FIG. 30A is a side, isometric view of one embodiment of a single wash block nozzle for use with the embodiment of FIG. 28.

FIG. 30B is a side, cross-sectional view of the single wash block nozzle of FIG. 30A.

FIG. 31 is a side, isometric view of one embodiment of a dual wash block nozzle for use with the embodiment of FIG. 28.

FIG. 32 is a top view of a further embodiment of the vortex mixers for use with the embodiment of FIG. 28.

FIGS. 33A–33B are side and front views respectively of bar code cleaning arrangement for use with the embodiment of FIG. 28.

FIG. 34 is a schematic of a jet drain for draining liquid from an upper surface of a slide.

## BEST MODE FOR CARRYING OUT THE INVENTION

The automated immunostaining apparatus of this invention preforms all steps of immunohistochemical and in situ DNA assays irrespective of complexity or their order, at the time and temperature, and in the environment needed. Specially prepared slides containing a bar code identifier and a mounted tissue section are placed in special support on a carousel, subjected to a preprogrammed sequence of reactions, and are removed from the carousel, ready for coverslipping and histological examination. For purposes of clarity of the following description of the apparatus of this invention and not by way of limitation, the apparatus will be described in terms of immunohistochemical processes.

FIG. 1 is a front right, isometric view of the automated immunostaining apparatus of this invention, with the cabinet shell removed. Liquid and air supply tubing and electrical wiring connecting the respective components are conventional, well known in the art, and are omitted from the drawings for purposes of clarity. The apparatus has an upper section 2, intermediate section 4 and lower section 6. In the upper section 2, reagent bottle support carousel 10 is mounted for rotation about its central axis 7 on upper support plate 8. Reagent bottles 12 required for the immunohistochemical reactions to be conducted during slide treatment cycle are supported by the carousel 10, mounted in reagent bottle receptors 11. These receptors 11 are configured to receive volumetric pump outlet tube 307, shown in detail in FIG. 15. The receptors 11 are preferably equally spaced in a circular pattern axially concentric with the carousel axis 7. The number of receptors 11 provided should be sufficient to accommodate the number of different reagent bottles 12 required for a cycle or series of cycles. Twenty-five receptors 11 are shown, but the number can be smaller or greater, and the diameter of the carousel 10 can be increased to accept a larger number of reagent bottles 12. The carousel 10 is rotated by the stepper motor 14 drive belt 16 to a position placing a selected reagent bottle 12 in the reagent deliver position under the air cylinder reagent delivery actuator 18 over a slide to be treated with reagent. Reagent tray motor driver 20 is connected to stepper motor 14.

The intermediate section 4 comprises support plate 22 upon which the slide support carousel 24 is rotatably mounted. The carousel 24 supports slide supports 26. Heated air supply chamber 28 communicates with the heated air supply manifold 30 supported on the underside of plate 8 and lid heated air supply manifold 31 mounted on the upper plate 8 by hinged supports 33. The support plate 22 also supports the conventional computer board 32, LCD display

34, disk drive 35 and computer 36 used to operate the apparatus. Air pressure regulator 38, as best seen in FIG. 2, regulates the pressure of air delivered to the evaporation inhibitor and rinse liquid delivery systems described in FIG. 22.

The lower section 6 includes support plate 40 upon which are supported accessories such as power supply filter 42 and hot water supply 44.

FIG. 2, FIG. 3 and FIG. 4 are exploded right front, left front and right rear isometric views of the apparatus shown in FIG. 1. Tipper air cylinders 46 are positioned on support plate 8. These cylinders are aligned to actuate a tipper cam surface 148 against a slide support tab surface 112 shown in detail in FIGS. 8, 9 and 10.

In the intermediate section 4, the stepper motor 48 rotates the slide support carousel 24, engaging drive belt 25 (FIGS. 3 and 4) engaging the perimeter of the slide support carousel 24. Splash guard 50 is a wall which surrounds the sides, back and part of the front of the carousel 24, defines the heating zone and contains the liquid spray and droplets produced in the processing. It extends upward from the intermediate plate 22 to a position adjacent the upper plate 8, leaving an air flow gap between the upper edge of the splash guard 50 and the underside of the plate 8. Mounted on the underside of upper support plate 8 above the carousel 24 and within the perimeter of the splash guard 50 is the heated gas supply manifold 30 (FIG. 2). Heated air is directed downward and over the slide supports 26 by holes 336 (FIG. 15) in the manifold 30. The heated air then passes upward over the top of the splash guard 50 and exits the device. Extending upward through central opening 52 of carousel 24 into the heated air supply chamber 28 is the fan shroud 54 and axially positioned fan 56. The fan 56 is positioned over air vents 57 in the bottom plate 22. The annular waste liquid sump 58 surrounds the shroud 54, below liquid outlet ports 292 (FIG. 14), and is supported on the bottom of plate 22. The waste reagent and rinse liquids are collected in the sump and passed to a drain through an outlet tube in the sump bottom (not shown).

Rinse and liquid coverslip spray blocks 60 are supplied with liquid through conventional solenoid valves 62.

Temperature controller 66, mounted on support plate 22, controls the heat energy supplied to the heated water container 44. Temperature controllers 68 and 70, mounted on support plate 40 (FIG. 4), control the temperature of the air in the heated air supply chamber 28 by controlling energy supplied to respective annular heater elements 331 and 332 (FIG. 15). Slide carousel stepper motor driver 72 and relay 74 operate stepper motor 48. Power supplies 76 and 78 provide power to the stepper motors and control systems. Air compressor 80 supplies air to the air filter 82 and air pressure regulators 38, 64 and 86.

FIG. 5 is a top view of a first embodiment of a mounted slide support 26 with slide edges 100 and 101 represented by dashed lines. The slide support 26 has a support plate 102 with a distal end 103 and a proximal end 104. The distal end 103 has a raised terminal guide end tab 106 and two lateral guide tabs 108 and 110 with the upper edges constituting guide tab termini. The distance between the upper surface of the slide support 26 and the guide tab termini (the elevation above the upper surface) is less then the thickness of a conventional microscope slide. The proximal end 104 of the slide support 26 has opposed lateral guides 112 and 114 for engaging the lateral edges of a slide and a terminal end tab 115 for engaging the proximal end of a slide. The proximal end 104 of the slide support 26 has an inflexible support



portion 116 providing a lateral edge 120 and a flexible arm 118 including a lateral edge 122 positioned such that lateral edges 120 and 122 oppose one another. The distance between the slide edge engaging surfaces 111 and 113 of the guide tabs 112 and 114 is less than the width of a slide to be supported on the slide support 26. A standard slide has a width of 1 inch or 25 mm, and the preferred distance between the slide edge engaging surfaces 111, 113 of the tabs 112, 114 for supporting a standard slide is from 20 to 24 mm. The flexure of arm 118 permits positioning of the slide between the lateral guide tabs and terminal end tabs 106, 115. The distance between the opposing tab surfaces 111 and 113 causes the slide support 26 to apply a positive pressure on the edges of a slide, retaining the slide securely on the slide support 26 during the tilting and other processing steps. The upper surface of the support plate 102 is preferably planar and smooth so the wet slide rests closely on the surface 102, and surface tension will resist vertical movement of the slide from the support surface 102.

FIG. 6 is an isometric view of the underside of the slide support 26. The inflexible portion 116 has an integral pivot support 124 which reinforces the inflexible portion 116 to prevent flexure. The flexible arm 118 has sufficient depth or thickness to limit the flexural movement of the arm 118 to a horizontal direction. This insures effective cooperation and pressure between the guide tab 112 on the inflexible portion 116 and the guide tab 114 on the flexible arm 118 to assist in retaining the slide in place on the slide support 26 during the tipping operation described in detail hereinafter.

FIG. 7 is a side view of a mounted slide support showing the tipper and mounting details. The upper pivot support 124 is pivotally mounted on the lower pivot support 126. Lower pivot support 126 has upward extending projections 128 and 130 which engage the ends 132 and 134 of the upper pivot support 124. Pivot pin 136 extends through an axially aligned hole in projection 128 into an axially aligned receptor hole 138 (FIG. 6) in the opposing end 132 of the upper pivot support 124. At the opposite end, axially concentric with pivot pin 136, pivot pin 140 extends through a hole in projection 128 (not shown) into a respective receptor hole in the opposing end 134 of the upper pivot support 124. The slide support 102 is thus mounted for pivotal motion around the common pivot axis of the pins 136 and 140. Bias spring 142 is supported on pin 134, one end 141 pressing against the lower abutment surface 143 of the inflexible support portion 116, and the other end 144 bearing against spring stop groove 145 in the spring stop 146. The tip 148 of tipper 150 is positioned above the upper surface of guide tab 112 when the slides are positioned in a rinse station, described in greater detail hereinafter with respect to FIG. 13.

The pivot pins 136 and 140 support the upper surface of the slide support 102 at a small angle 'a' from the horizontal plane to aid liquid flow toward the distal end 103 during treatment. Angle 'a' is preferably in the range of from 0.3 to 1.0°. The upper surface 151 of the inflexible support portion 116 and the upper slide surface 152 (dotted line) supported thereon are thus maintained at a slight incline from the horizontal plane downward toward the distal end 103 of the slide support 26.

FIG. 8 is an isometric view of a slide (dashed lines) mounted on slide support 26 in the untipped position, FIG. 9 is an isometric view of the mounted slide support 26 in the tipped position, and FIG. 10 is a distal end view of the mounted slide support 26 in the tipped position. Vertically downward pressure of the tipper tip 148 against the upper guide tab surface 154 of guide tab 112 rotates the support plate 102 about the pivot axis 156 defined by the pivot pins

136 and 140. The pivot axis 156 (FIG. 5) preferably lies in a vertical plane through the midpoint of distal end 103 and the left edge proximal end 104 of the slide support 26. The tipping action tilts the slide surface to an angle 'c' of approximately 60° from the vertical (FIG. 10). It sharply lowers distal corner 158 and sharply raises proximal corner 160, breaking the liquid meniscus on the slide surface and directing the liquid flow 159 to the corner 158 and off the surface of the slide into drain hole 292. The pivotal movement increases the pressure of the spring 142 against spring stop groove 145, and as the tipper 150 is raised, the slide support 25 returns to its original position. The slide support return pivot motion is terminated when distal corner 162 of the support plate 102 abuts stop surface 164 of the lower pivot support 126.

FIG. 11 a fragmentary top view of the slide support carousel 24 showing details of the various slide treatment stations. Rinse nozzle blocks 200, 202 and 204 and the adjacent respective slides 206, 208 and 210 define successive rinse zones, details of which are shown in FIGS. 12–14. Evaporation inhibitor liquid application block 212 and the adjacent slide 214 define the evaporation inhibitor and reagent application zone, details of which are shown in FIG. 15. Air cylinder reagent delivery actuator 18, supported by support arm 216, contacts reagent bottle 218, directly over slide 214. Vortex mixer air jet blocks 220, 222 and 224 are positioned adjacent slides 226 and 228 in the agitation zone, details of which are shown in FIG. 16 and 17. The hanger 352 is mounted on the tip of blocks 220 and 222 and supports suspended block 224. Pressurized air is delivered to block 224 by conduit 358. As the slide support carousel 24 positions each slide for successive treatment in the rinse zones, evaporation inhibitor and reagent application zone, and agitation zones (counter-clockwise movement of the carousel), the tissue sections on each slide are first rinsed and then covered with evaporation inhibitor. Reagent is applied from a preselected reagent bottle to the tissue through the evaporation inhibitor layer, and the reagent is agitated through the evaporator inhibitor layer by the vortex mixer. Each slide then is moved around the incubation zone, a circular path traveled by the slide support carousel 24, heated with hot air from the heated air manifold 30, and the reagent reacts with the sample. As the carousel 24 continues to increment around the circle, each slide is returned to the rinse stations, etc, for application of the next reagent required in the reaction. This entirely automated progress continues until the desired reactions are completed.

Bar code reader 231 (FIG. 14) above slide 205 reads a slide bar code 233 (FIGS. 13 and 17) on each slide. The slide bar codes 233 identifies the slide sample and the particular immunohistochemical process required for that sample. This information is fed into the computer and correlated with the indexed position of that slide with respect to "home", to control the sequence of reagent chemicals to be applied to that slide in the reagent application zone.

FIG. 12 is a schematic cross-sectional view of a rinse station taken along the line A—A in FIG. 10, showing details of rinse liquid flow on a slide. Rinse block 200 mounted on plate 22 has a heated rinse liquid supply channel 230 communicating with rinse liquid nozzle 232. The slide 234 has a sloping surface at an angle 'a', being supported on the sloping surface of the slide support 102. The slide 234 has a rinse liquid impact zone 236 adjacent the proximal end 104 between the bar code 233 and the sample 238. The impact zone 236 is at a higher elevation than the tissue section 238 supported adjacent the distal end 103. The nozzle axis 240 has an angle 'b' which directs liquid against the slide surface



impact zone 236. The impact zone 236 is above the tissue section 238 on the sloped surface of slide 240, and the rinse liquid stream 242 flows across the upper surface of the tissue section 238 toward the distal end 103. The angle 'b' preferably has an angle of from 15 to 35°, and the distance between the exit of nozzle 232 and the slide 124 is selected to direct the rinse liquid precisely on the impact zone 236, avoiding disturbance of the fragile tissue section 238.

The slide support carousel 24 is rotated above the plate 22, the outer periphery being supported by low friction slide bearings 244 arrayed in an axially concentric circular path on plate 22 under the outer periphery of carousel 24.

FIG. 13 is a top schematic view of one embodiment of the rinse stations showing details of the rinse liquid distribution on slides being rinsed therein. Slides 234, 246, and 248 are positioned in the path of heated rinse solutions (dotted lines) from rinse station blocks 200, 202 and 204. Fragile tissue sections 238, 250 and 252 are positioned adjacent the distal end of the slides. The rinse liquid impact zones 236, 254 and 256 are positioned between the tissue sections and the proximal ends of the slides, to avoid direct impact of the liquid jets from the rinse block nozzles. The rinse nozzles on each block are preferably 11.5 mm apart. Rinse block 200 has right offset nozzles 232 and 258 (offset 2 mm to the right of center) supplied by channel 230 connected to supply tubing 260. This directs the rinse fluid toward the right surface of the slide, effecting a transverse flow path across the tissue section 238 to the distal end drain corner 158. Rinse block 202 has symmetrical nozzles 262 and 264 supplied by channel 266 connected to supply tubing 268. The symmetrical nozzle configuration effects a central flow path across the tissue section 250. Rinse block 204 has left offset nozzles 270 and 272 (offset 2 mm to the left of center) supplied by channel 274 connected to supply tubing 276. The left offset nozzles 270 and 272 direct a rinse flow path down the left side of the tissue section 252. The nozzle patterns provide effective rinse solution flow distribution across all portions of the tissue section surface as the slide is treated in each successive rinse section.

FIG. 14 is an isometric view of the rinse stations, a evaporation inhibiting liquid and reagent application station, and agitation stations, showing details of the slide tipping action in the rinse sections. Tipper air cylinders 46 (FIG. 3 and 4) comprises three conventional air cylinders 278, 280 and 282 with internal pressurized air activated pistons or equivalent actuators. Pressurized air delivery to the cylinders causes respective tipper tips 148, 284 and 286 to move downward, pressing against respective slide support tabs 112, 288 and 290. Three tipper positions are shown to illustrate the action thereof. Tipper tip 148 is shown in the fully withdrawn or resting position, and slide 206 is in the rinse solution receiving position. After application of heated rinse solution, the tipper descends through an intermediate position shown by tipper tip 284 and slide support 208, to the drain position shown by tipper tip 286 and slide support 210. Liquid drains from the left distal corner (lowest corner) into a drain hole 292.

In each rinse station, the sample is treated with a repeated, preferably at least seven, rinse cycles. Each rinse cycle comprises application of approximately 500 μL of heated rinse solution in a short pulse (120 msec) to the slide, followed by tipping the slide to drain away the rinse solution. An estimated 150 μL of liquid remains on the slide after draining. These rinse cycles are repeated in each rinse station. The short rinse pulse followed by draining prevents the formation of a equilibrium solute boundary layer and greatly increases the rinse efficiency, overcoming the bound-

ary problems present in the prior art rinse methods. Assuming that 150 μL of rinse solution is left after each draining step, a 23 percent dilution is achieved with each rinse cycle. Thus the effective dilution in the combination of the three rinse stations is estimated to be 0.2 parts per trillion, many orders of magnitude more effective than prior art, biochemical rinse procedures. This greatly increases the sensitivity of the immunohistological process.

FIG. **15** is a schematic, fragmentary cross-sectional view of the evaporation inhibiting liquid and reagent application station, taken along the line B—B in FIG. **11**. Evaporation inhibitor liquid distributor block **212** has a supply channel **293** and outlet nozzles **294**.

The evaporation inhibiting liquid is substantially water-insoluble, substantially water-immiscible and substantially thin or non-viscous. It has a specific gravity less than water, and a boiling point above the process temperature, preferably above 100° C. It should be devoid of chemical characteristics which would significantly interfere with biochemical reactions carried out on the sample, that is, the reactions taking place between the reagents and tissue sample on the slide. Preferred evaporation inhibiting liquids are hydrocarbons, optimally non-aromatic saturated hydrocarbons, having from 9 to 18 carbons, most optimally having about 10 to 14 carbon atoms.

A small quantity of evaporation inhibitor liquid is directed by nozzle **294** in a inhibitor liquid stream **296** to an impact zone **298** on the slide between the tissue sample **238** and the proximal end **100** of the slide, so that the tissue sample is not disturbed. The evaporation inhibitor liquid flows across the surface of the water layer on the wetted tissue, forming a thin evaporation inhibiting film **299** over the aqueous layer which usually covers most of the upper surface of the slide. The tissue is now ready for application of reagent.

The reagent delivery combination includes a conventional air cylinder **18** or equivalent actuator having an internal pressurized air activated piston. It is supplied with pressurized air by tubing **300**. Air cylinder **18** is supported by plate **216** and post **302** mounted on upper plate **8**. Delivery of pressurized air to the cylinder **18** causes rod **304** and its attached foot **306** to move downward against a reagent container **12** positioned in the reagent delivery zone. Downward movement of reagent container **12** causes emission of a precise volume of reagent liquid **310**. Suitable volumetric pumps are available from S. A. Valois and are described in U.S. Pat. No. 4,245,967 and French patent 2,528,122.

The reagent carousel support **314** is the drive plate which supports the reagent bottle carousel **10** and rotates it about its axis to place a predetermined reagent bottle **12** in the reagent delivery zone. An axially concentric circular array of low friction slide bearings **316**, mounted on the upper plate **8**, are positioned under the outer edge of the reagent support carousel.

The predetermined volume of aqueous reagent **310** impacts the evaporation inhibitor surface film between the impact zone **298** and the upper edge of the tissue sample **299**, passing through the film to the aqueous layer beneath the film and reaching the slide surface. The reagent then flows across the tissue sample **238** under the covering film of evaporation inhibiting liquid **299**. In this sequence, immediately after leaving the rinse stations, the slide is covered with the protective film to prevent any dehydration of the tissue sample **299**. The reagent solution is then applied to the protected tissue. Dehydration of the tissue section would irreversibly alter its physical and chemical characteristics and impair the immunohistochemical reactions. Dehydration is a constant hazard because of the constant flow of heated air over the slides required to maintain them at the desired temperature. The heated air temperature is determined by the requirements of the biochemical processes required by the process. It is slightly above 40° C., preferably about 45° C., for immunochemical reactions and can be as high as from 93 to 97° C. for in situ DNA hybridization reactions.

FIG. **15** also shows detailed elements of the heated air supply chamber **28** shown in FIG. **1**. Air is moved upward into the central intake manifold chamber **330** and through annular heating coils **331** and **332** mounted on annular air passageway plate **333**, to heat the air to a temperature slightly above 40° C., preferably about 45° C. A higher temperature can be provided as needed for in situ DNA hybridization procedures. The heated air passes through the outlet manifold chamber **334** and out the outlet passageways **336** in the lower plate **338**. Annular, axially concentric inner and outer heated air flow control curtains **340** and **342** direct the heated air downward over the slide surface. The reagent **310** falls through manifold passageway **344** to the slide surface.

The air temperature is monitored by heat sensor **345** positioned in the path of the heated air. A preferred heat sensor is a thermistor encased in a heat sensitivity adjusting jacket **347** which reduces the sensitivity of the thermocouple and approximates the thermal mass of the slides.

A reagent bar code reader **346** can be mounted on post **302**, positioned to scan a reagent bar code **348** on the reagent bottle **12**. Bar code **348** identifies the contents of the reagent bottle. At the beginning of a slide treatment operation, the reagent carousel **10** is rotated past the bar code reader **346**, and the bar code **348** on each reagent bottle **12** is scanned. The scanned information is fed to the computer and correlated with the indexed position of the reagent carousel **10**. This information is used to rotate the reagent carousel **10** to place the correct reagent bottle **12** in the application zone for each slide treatment step for each slide.

FIG. **16** is a cross-sectional view of one embodiment of the vortex mixing assembly, taken along the line C—C in FIG. **11**. Outer vortex jet block **222**, mounted on plate **22**, has an pressurized air supply channel **350** and nozzle **351**. Nozzle hanger **352** is mounted on the top of vortex block **22** and supports suspended inner vortex air jet nozzle block **224**. Channel **354** supplies nozzle **355** in block **224** with pressurized air. Nozzles **351** and **355** have central axes which form angles 'd' and 'e' of from 5 to 15° with the horizontal, directing air jets **356** and **357** toward the slide surface at the corresponding acute angles.

FIG. **17** is a top schematic view of the vortex mixing zone, showing details of the vortex mixing action. Pressurized air is supplied to the nozzle channels **350** and **354** by channel **358**. The reagent solution covered by a layer **360** of evaporation inhibiting liquid **360** is stirred on the surface of the biological sample by applying at least one gas stream **356** or **357** to an area of the surface of the evaporation inhibiting liquid layer **360** between the center of the evaporation inhibiting layer **360** and the edge of the planar support surface **361** or **362** of the slide **228**. The gas stream impacts the surface of the evaporation liquid surface layer **360** and moves the underlying reagent solution in a circular path on the tissue section. Preferably, the reagent solution is stirred on the surface of the biological sample by a vortex formed by applying two gas streams **356** and **347**. Stream **356** is directed against a area **363** of the surface of the evaporation inhibiting liquid layer between the center of the evaporation

inhibiting layer and the slide edge **361**. Stream **357**, in a direction opposite to the direction of stream **356**, is directed against an area **364** of the surface of the evaporation inhibiting liquid layer between the center of the evaporation inhibiting layer and the slide edge **362**. Although this method is shown with respect to an evaporation liquid inhibitor covered reagent layer, it will be readily evident that it can be applied to gently stir any liquid layer overlying a fragile substance.

FIG. **18** is a schematic representational cross-sectional view of a slide **370** following the rinse liquid, evaporation inhibitor and reagent application steps. Following the rinse stages (Stage A), the tissue section **371** mounted on slide **370** is covered with a thin residual aqueous layer **372**. Following application of the evaporation inhibitor liquid (Stage B), the aqueous layer **372** and tissue section **371** is entirely covered by a layer **373** of the evaporation inhibitor liquid. Aqueous reagent **374**, applied to the slide, flows under the evaporation inhibitor layer **373** to cover the tissue section. In the vortex mixing section (Stage C), air jets directed against the surface of the evaporation inhibitor liquid **373** move it and the reagent solution **374** thereunder in a swirling or stirring action on the surface of the fragile tissue section. This gentle stirring achieves increased interaction of reagent with the tissue section while preserving the tissue from dehydration or other damage from the air jets.

FIG. **19A** is a cross-sectional view of one embodiment of a rinse liquid container and associated heating components. The rinse liquid applied to the surface of the slides by rinse blocks **200**, **202** and **204** should have a temperature above 40° C. and is preferably about 45° C. The elevated temperature is critical for the immunochemical reactions. The rinse liquid is supplied by the hot water supply **44**. The hot water supply **44** comprises an inner container of an inert material having a low coefficient of expansion such as a pyrex bottle **382** having a threaded neck **384** to which a cap **386** is attached by threads. The container **382** is surrounded by an insulating jacket **388** of suitable insulation material such as a fiberglass layer. Between the insulating jacket **388** and the bottle **382** is a heating jacket **390** with electrical power leads **392**. A suitable heating jacket is a thick sheet of silastic rubber (polysiloxane) with embedded resistance heating coils having a combined heating value of about 180 watts. A conventional safety thermostat **394**, connected to the elements of the heating jacket, is also provided between the insulating jacket **388** and bottle **382**. The safety thermostat prevents the rinse liquid temperature from exceeding a preset value, preferably about 50° C. A thermistor temperature sensor **391** with leads **393** extends through the cap **386** into the upper zone of the bottle **382**. An liquid inlet tube **394** extends through the cap **386** to the bottom of the neck **384**, and an outlet tube **396** extends through the cap **386** to the bottom of the bottle **382**.

This unique configuration provides a highly uniform liquid output temperature. The colder water entering through the inlet tube **394**, being more dense than the heated liquid in the bottle, sinks downward past the heated container walls and is heated. The displaced liquid rises upward in the container. This stirring motion thoroughly mixes the liquid without the need for an agitator, producing a highly uniform outlet liquid temperature. Thermistor **391** constantly monitors the liquid temperature, providing a signal to the control system which is used to determine when the heating elements in jacket **390** should be energized.

FIG. **19B** illustrates an alternative embodiment of the rinse liquid container and associated heating components of the present which is similar to the structure illustrated by FIG. **19A** except that the inlet tube **394** of the embodiment of FIG. **19** functions as an outlet tube **394A** and outlet tube **396** of the embodiment of FIG. **19** functions as an inlet tube **396A**, i.e., the inlet and outlet lines have been reversed. This arrangement prevents the build up of air or gas in the bottle **384**. Additionally, the inlet tube **396A** has been provided with perforations **396B** for obtaining mixing as the bottle **384** is replenished with liquid.

FIG. **20A** is a bottom, isometric view of one embodiment of a reagent container support carousel **10**. According to this embodiment, the reagent container carousel **10** has feet **800**, **801** and **802** which rest in respective matching recesses in the reagent carousel support **314** (FIG. **15**) in only one position. This insures that the reagent carousel **10A** and the reagent bottle receptors **11** are always positioned in predetermined orientation on the carousel support **314**.

The feet **800**, **801** and **802** also function as supporting feet when the reagent support carousel **10** is removed. Refrigeration of the reagents is often required during their storage. The reagent container carousel **10**, with the reagent bottles supported thereon, can be lifted from the carousel support **314** and placed in a refrigerator, supported by the feet **800**, **801** and **802**.

Indexing metal homing block **803** is mounted on the reagent container carousel **10** and rotates with the carousel **10**. A conventional metal proximity detector (not shown) is mounted on the upper plate **8** at an position which places it adjacent the rotational path of the homing block. A change in electrical signal from the proximity detector indicates that the metal homing block is in the 'home' position adjacent the block.

FIG. **20B** is an alternative embodiment of a reagent support carousel **10A** and associated carousel support **314A** wherein a handle **804** has been provided to assist in the removal and replacement of the reagent support carousel **10A** as described above. In this embodiment, the carousel **10A** is provided with a plurality of feet **800A**, for example, five feet, which are substantially cylindrical elements with beveled edges **805**, and fit into corresponding and matching circular openings **802A**, formed in the associated carousel support **314A**. The feet **800A** and opening **802A** are positioned so that the carousel **10A** will fit into the support **314A** in only one position such that the carousel **10A** is always positioned in a predetermined orientation on the support **314A**. The support **314A** is provided with a central hub **806** which is received in a central opening **807** formed in the carousel **10A**, the hub being provided with beveled edges **808**. Engagement of the carousel **10A** and the support **314A** is best seen in FIG. **20C**. Except for the above described differences, the carousel **10A** and the support **314A** are the same as previously described.

FIG. **21** is a fragmentary cross-sectional view taken along the line D—D in FIG. **11**. Indexing block **229** is a metal block. Proximity sensor **610** is supported on the underside of plate **22** by bracket **611**. The proximity sensor **610** emits an electrical signal through leads **612** which changes when the metal block **229** is positioned in the 'home' position immediately above the sensor.

The homing systems of the reagent carousel **10** and slide support carousel **24** operate in a similar manner. Presence of an indexing block adjacent the sensor produces a signal indicating that the carousel is in a "home" position, and provides a reference for subsequent indexed movements of the respective stepper motor drive and subsequent indexed movements of the respective carousel.

FIG. **22** is a schematic view of the pneumatic system of the automated immunostaining apparatus of this invention.

The air supply for the system is supplied by air compressor **80** and air filter **82**. The output line **400** from the air filter **82** is connected to the input port of air pressure regulator **86** where it is regulated to a constant output pressure of about 25 psi. Diaphragm pressure switch **402** communicates with the air pressure regulator **86** outlet line **403** through line **404**. Diaphragm pressure switch **402** closes the system circuit breaker **406** when the pressure in line **404** is at least 22 psi. Failure of the air compressor and resulting drop in line pressure automatically deactivates the system.

The air output branch line **408** lead is connected by line **410** with tipper air cylinder three way control solenoid valve **412**. When in an "open" position, solenoid valve **412** provides communication between input line and cylinder **278**. This permits pressurized air to pass from line **410** to air cylinder **278**, thus pressing tipper tip **148** (FIG. **14**) against the respective slide support tab **112** and tipping the slide support **206**. When solenoid valve **412** returns to the vent position, the air cylinder **278** communicates with atmosphere, permitting the air cylinder **278** to return to its resting position. Tipper tip **148** then rises to its resting position, allowing the slide support to also return to its horizontal position. Three way solenoid valves **416** and **420** operate in an identical way, providing communication between the air inlet lines **414** and **418** and the respective air cylinders **280** and **282** when in the open position and actuating respective tipper tips **284** and **286**. They also open communication between the air cylinders **280** and **282** and the atmosphere in the vent position, allowing the tipper tips to return to their elevated position.

Branch line **422** leads from line **408** to the reagent dispenser three way control solenoid valve **424**. When energized to an "open" position, solenoid valve **424** permits pressurized air to pass from line **422** to air cylinder input line **300**, causing rod **302** and foot **306** (FIG. **15**) to press the reagent dispenser bottle **12** downward, emitting a precise volume of reagent liquid. When solenoid valve **424** is in the vent position, the air cylinder **18** and the reagent bottle **12** return to their resting positions.

Branch line **426** leads from line **403** to branched lines **428** and **430**. Branch line **428** leads to pressure regulator **38**, providing an output pressure of **10** psi in output line **431**. Three way solenoid valve **432**, when in the open position, provides communication between air input line **431** to the evaporation inhibitor liquid reservoir container **434** through lines **436** and **438**. It also delivers pressurized air to the rinse liquid supply container **44** through line **440**, rinse solution reservoir **441** and supply conduit **443**. When solenoid valve is opened to atmosphere (vent position), air in line **436** and in containers **44** and **434** is bled or vented to the atmosphere. This permits removal, opening or replacement of reservoir container **434**, or opening or removal of supply container **441**. The pressured air in containers **434** and **441** forces liquid through respective output conduits **442** and **443**.

Conduit **442** leads to two way solenoid valve **446**, which has an outlet conduit **448** leading to the evaporation inhibitor application block **212** and associated nozzles. When the solenoid **446** is opened, evaporation inhibitor liquid is emitted from nozzles **294** (FIGS. **14** and **15**) onto the surface of the respective slide **234**.

Conduit **444** delivers pressurized rinse liquid from heated rinse liquid container **44** to branch conduits **450**, **452** and **454** leading to conventional rinse liquid two way solenoid valves **460**, **462** and **464**. When the solenoid valves **460**, **462** and **464** are opened, pressurized rinse liquid is delivered to the respective rinse blocks **200**, **202** and **204** through supply



conduits **260**, **268** and **276**. The pressurized rinse liquid is emitted by the rinse blocks onto the slides positioned in the respective station (FIG. **13**).

Branch line **430** leads to pressure regulator **64**, providing an output pressure of 15 psi in output conduit **466** leading to vortex mixer air control two way solenoid valve **468**. When in the open position solenoid valve **468** delivers pressurized air to output conduit **470** connected thereto. Conduit **470** leads to branch lines **472** and **474** leading to vortex mixing blocks **222** and **224**. The pressurized air is emitted by nozzles **351** and **355** (FIG. **17**), stirring the reagent layer on the respective slides **234**.

FIG. **23** is a schematic drawing of the 120 volt AC power distribution in the apparatus of this invention. The power circuit to power line filter **500** includes a main fuse **504** and main power switch **506**. 120 Volt AC power to the air compressor **80** is provided by line **511** from the line fuse **510** in the I/O board **508**. 120 Volt AC power to the air compressor cooling fan **514** is provided by line **513** from line fuse **512** in the I/O board **508**. 120 Volt AC power to the electronics cooling fan **518** is provided by line **517** from line fuse **516** in the I/O board **508**. 120 Volt AC power to the 24 volt DC power supply is provided by line **521** from line fuse **520** in the I/O board **508**. 120 Volt AC power to the 5 volt/12 volt DC power supply **78** is provided by line **524** from line fuse **522** in the I/O board **508**. 120 Volt AC power to the computer card rack **529** is provided by line **528** from line fuse **526** in the I/O board **508**. 120 Volt AC power to slide heater fan relay **533** is provided by line **532** from line fuse **530** in the I/O board **508**. 120 Volt AC power to the slide heater relays **537** is provided by line **536** from fuse **534** in the I/O board **508**. 120 Volt AC power to the rinse fluid heater relay **541** is provided by line **540** from fuse **538**.

FIG. **24** is a schematic drawing of the DC power distribution in the apparatus of this invention. 12 Volt DC logic power for printer **550** is provided by line **552** from the power supply **78**. Similarly, 12 volt DC power for low slide temperature controller **68** is provided by line **554**, 12 volt power for high slide temperature controller **70** is provided by line **556**, and 12 volt power for rinse fluid temperature controller **66** is provided by line **558**. 5 Volt DC laser power for the slide bar code reader **231** is provided by line **560** from the power supply **78**, and 5 volt power for the laser of reagent bar code reader **346** is provided by line **562**. 5 Volt DC power to the liquid crystal display **34** is provided by line **564**.

24 Volt DC power is provided to the upper motor controller **566** for the stepper motor **14** by line **568**. 24 Volt DC power for the lower motor controller **570** for the stepper motor **48** is provided from power supply **76** by line **572**.

The conventional card rack **529** has a separate 5 volt/12 volt power supply **576**. 5 Volt DC logic power and 12 volt DC motor power is provided to the floppy disc drive by lines **574**.

FIG. **25** is a schematic drawing of a first portion of the computer digital I/O system in the apparatus of this invention. The control system uses a series of standard optical relays, each of which are connected to close the line to ground in the power circuit for the respective component. The optical relays provide isolation.

Communication between the optical relays and the computer digital I/O board **580** is provided by lines **582**. The two way solenoid valves **460**, **462** and **464** controlling the rinse liquid flow from heated rinse supply **44** to the respective rinse blocks **200**, **202** and **204** are energized to an open position and de-energized to a closed position by output

signals from the computer digital I/O board **580** to the optical relays **584, 586** and **588**. The two way solenoid valve **446** controlling the flow of evaporation control liquid from container **434** to the nozzle block **212** is energized to an open position or de-energized to a closed position by output signals from board **580** to optical relay **590**.

The three way solenoid valves **412, 416** and **420** controlling air flow to the respective tipper air cylinders **278, 280** and **282** are energized to an open position (causing air flow) or de-energized to a closed position (venting cylinder air to the atmosphere) by output signals from computer I/O board **580** to respective optical relays **592, 594** and **596**. The three way solenoid valve **424** controlling air flow to the micro delivery reagent dispenser control cylinder **300** is energized to an open position (causing air flow and reagent delivery) or de-energized to a closed position (venting cylinder air to the atmosphere) by output signals from computer I/O board **580** to respective optical relay **598**. The two way solenoid valve **468** controlling air flow to the vortex air mixer blocks **220, 222** and **224** (FIG. **17**) is energized to an open position (causing air flow to the mixer blocks) or de-energized to a closed position by output signals from computer I/O board **580** to respective optical relay **600**.

The sound alarm **602** is activated to produce sound by an output signal from the computer I/O board **580** to optical relay **604**. The sound alarm **602** can be activated to sound a 'beep' by keyboard key operation, by a longer 'beep' or double 'beep' at the completion of a run, and a sustained sound during a system malfunction, for example. The three way solenoid valve **432** controlling air flow to the rinse liquid and evaporation control liquid supply containers **44** and **434** (FIG. **22**) is energized to an open position (causing air flow and pressurization of the supply containers) or de-energized to a closed position (venting cylinder air from the containers to the atmosphere) by output signals from computer I/O board **580** to respective optical relay **606**.

The slide heat fan **56** speed is operated by pulse width modulation, that is, power pulses from the power relay **608**. The fan **56** is energized by an output signal to the power relay **608** from optical relay **610**. The timed signal to the optical relay **610** is received from the computer I/O board **580**. The pulse width and speed of the fan **56** is adjusted in response to heating requests from the high temperature slide controller **632** to increase the volume of heating air delivered to the air distribution manifold **30**.

The slide heater system control supplies separately controlled power to each of the resistance heating elements **331** and **332**. Low temperature heating element **332** is energized by power relay **612** upon a signal from the low slide temperature controller **614**. Thermistor **347** provides temperature information to the controller **614**. During the operation of the apparatus at the lower temperatures required for the immunohistological processes, the power to the heating element **332** is turned on when operating heat is required, in response to a low temperature signal from the low temperature controller **614**. It is turned off when the operating temperature is restored. The controller **614** also detects when the slide door switch **616** is closed. If the cabinet slide door is open, energy supply to the heating element **331** and **332** is interrupted. The heating cycle is initiated by a request for heat passed to the computer I/O board **580** through line **624** to the optical relay **622**. The computer then responds with a heating power select heat signal received by controller **614** through line **620** from optical relay **618** in response to an output signal from the computer I/O board **580**. A status signal for the slide door switch is received by the computer I/O board through line **628** and optical relay **626**.

The high temperature heating element **331** is energized by power relay **630** upon a signal from the high slide temperature controller **632**, in response to a power command signal through optical relay **634** and line **636** from the computer digital I/O board **580**. During the operation of the apparatus at the lower temperatures required for the immunohistological processes, the power to the heating element **331** is turned on only during an initial warm-up cycle. During the warm-up cycle, heat energy is requested from the I/O board **580** through line **638** and optical relay **640**.

When the apparatus is operated at the higher temperatures required for in situ hybridization, the heating elements are energized in a different control sequence by the controllers **614** and **632**. As with the low temperature operation, both heating elements **331** and **332** are energized during the warm-up cycle. However, in the high temperature operating mode, the low temperature heating element **332** is continuously energized, and energy is supplied intermittently to the heating element **331**. In the high temperature mode, therefore, the optical relay **634** receives a power command signal from the I/O output board **580** when the high temperature controller **632** signals that more heat is required. In addition to the heater controls described above, an additional thermostat is provided in the heater circuit which turns the heater off if the heater temperature reaches 160° C., for example if the fan **56** fails.

The rinse liquid heating system resistance heater **390** (FIG. **19**) is energized through power relay **642** upon a signal from rinse fluid controller **644**. Thermistor **391** monitors the rinse fluid temperature, and the controller **644** provides a signal indicating whether or not further heat energy is required. A heat request signal for heating liquid is received by the computer I/O board through line **646** and optical relay **648**. The computer responds with a heat select signal from the I/O board **680** through relay **650** and line **652**.

FIG. **26** is a schematic drawing of a second portion of the computer digital I/O system in the apparatus of this invention. The computer digital I/O board **580** receives a signal indicating closure of the air pressure switch **402** (FIG. **22**) through line **670** and optical relay **672**. The computer digital I/O board **580** receives a home signal from the reagent carousel metal proximity home sensor through line **676** and optical relay **674** when the metal block **803** and the reagent carousel **10** are in the home position. The computer digital I/O board **580** receives a home signal from the slide support metal proximity home sensor **610** through line **680** and optical relay **678** when the metal block **229** and the slide support carousel **24** are in the home position.

The reagent carousel stepper motor **14** is operated by reagent carousel stepper motor controller **690** in response to commands received from the computer digital I/O board **580**. Command signals for steps (motor operation) are received through line **692**, and command signals for the direction of operation are received through line **694**. The stepper motor has a high and low torque operating mode, the low torque mode being effected by switching a resistor into the control circuit. The high torque mode is used to move the motor through the number of steps required to place a selected reagent bottle in the reagent delivery station. The low torque mode is used as a brake to hold the reagent bottle carousel in a position. The low or high torque command signal is received by the reagent carousel stepper motor controller **690** through line **698** and optical relay **696**.

The slide support carousel stepper motor **48** is operated by slide support carousel stepper motor controller **700** in response to commands received from the computer digital

I/O board **580**. Command signals for steps (motor operation) are received through line **702**, and command signals for the direction of operation are received through line **704**. This stepper motor also has a high and low torque operating mode, activated in the same way and having the same functions as the reagent carousel stepper motor operating modes. The high torque mode is used to move the motor through the number of steps required to place a selected slide in a selected treatment zone. The low or high torque command signal is received by the slide support carousel stepper motor controller **700** through line **708** and optical relay **706**. When the door switch **616** shows an open door status, the step command signals to the stepper motors **14** and **48** are prevented. If the door switch **616** is opened during a biological processing run, any incomplete stepper motor sequence is permitted to reach completion before further step command signals are blocked.

The keyboard **710** is a conventional pressure sensitive keyboard. The switches **720–726**, **730–736**, **740–746** and **750–756** are closed by manual pressure applied to the surface of an impermeable flexible plastic layer over the switches. The switches are isolated and protected under the plastic layer and are not fouled by moisture or debris from the laboratory or operator.

In operation input lines **711**, **712**, **714** and **716** are each sequentially energized for a brief period by the computer digital I/O board **580**, and the lines **718**, **728**, **738** and **740** are each sequentially polled during this brief period. If line **718** polls positive while line **716** is energized, closure of switch **720** is indicated. In a similar manner, closure of switch **722** is indicated by a positive poll of line **718** when line **714** is energized, closure of switch **724** is indicated by a positive poll of line **718** when line **712** is energized, closure of switch **726** is indicated by a positive poll of line **718** when line **711** is energized, and the like.

FIG. **27** is schematic drawing of the computer serial and floppy disk I/O system in the apparatus of this invention. The computer RS-232 I/O port **770** sends polling signal to the slide barcode reader **231** and receives signals indicating bar code information read through line **772**. Similarly, the computer RS-232 I/O port **770** sends polling signal to the reagent carousel barcode reader **346** and receives signals indicating barcode information read through line **774**. Signals to the liquid crystal display **34** are sent through line **776** from the RS-232 I/O port **770**. The computer RS-232 I/O port **770** receives an availability polling signal from the printer **550** and sends digital data to printer **550** through line **778**.

Immunohistological methods for which the apparatus of this invention are particularly suitable are described in concurrently filed, commonly assigned patent application Ser. No. 07/488,601, filed Mar. 2, 1990, now abandoned, the entire contents of which are hereby incorporated by reference. A typical immunohistological method, as carried out with the apparatus of this invention includes the following steps.

1) Preparing the slides, including applying a bar code to the slide indicating the immunohistological process to be used with the sample, and manually rinsing and applying evaporation inhibiting liquid to the tissue sample surface before placement in the apparatus to prevent dehydration of the sample.

2) Inserting a batch of slides in the apparatus, mounting each slide in a slide support.

3) Closing the apparatus and beginning the treatment processing. The apparatus heating system is in the warm-up mode until the heating air temperature reaches the desired level.



4) A slide is rinsed in the first rinse station (FIGS. **11–14**) in seven rinse cycles. Each cycle includes applying a 500 μL pulse of rinse liquid followed by tipping the slide support to effect draining. This sequence can be repeated for seven rinse cycles as the slide is moved to and pauses in each of the second and third rinse stations, for a total of twenty-one rinse cycles, for example. The slide then is treated in a seven second stay in the evaporation inhibitor and reagent solution application station (FIGS. **11**, **14** and **15**). An initial quantity of 500 μL of an evaporation inhibiting liquid such as dodecane is applied to the slide surface. Then 200 μL of reagent solution is applied to the slide.

As each slide poises in the reagent application zone, the appropriate reagent container is moved by the reagent carousel to the reagent application station, and a metered volume of reagent is applied to the slide. In being applied to the slide, the reagent liquid is applied to the uppermost surface (the evaporation liquid layer). It then passes through the evaporation inhibiting liquid layer to the underlying aqueous layer, a procedure which would not be possible with a conventional solid glass coverslip.

6) The slide is then passed to each of the vortex mixing stations (FIGS. **11**, **14**, **16** and **17**). Here vortex jets stir the reagent on the slide surface under the file of evaporation inhibiting liquid. This procedure would not be possible with a conventional solid glass coverslip.

7) The slide is then carried by the carousel, pausing as each slide support is sequenced through the same steps, until it returns to the initial rinse station, where the cycle is repeated. The reaction between the reagent and the tissue sample continues during this period, and slides in each of the following slide supports is subjected to the same sequence of rinse, application of evaporation inhibitor, application of reagent, stirring, and incubation.

8) In a typical immunohistological process using a four phase process with a peroxidase enzyme antibody label, a sequence total of five different reagents are applied as the tissue sample is passed five times through the reagent application zone. In such a process, the first reagent is a hydrogen peroxide solution required to eliminate endogenous peroxidase activity in the tissue sample. The second reagent is a primary antibody which binds selectively with an specific epitope for which the sample is being tested. The third reagent is a biotin labeled secondary antibody which binds preferentially with the primary antibody remaining on the sample following the preceding incubation and rinsing. The fourth reagent is avidin labeled with an enzyme such as a peroxidase enzyme, the avidin binding with the biotin label remaining on the sample following the preceding incubation and rinsing. The fifth reagent is a substrate solution which is converted by the peroxidase enzyme to form a detectable label such as a fluorophore or chromophore at the site of any primary antibody binding with the sample.

9) Following the conclusion of the substrate solution treatment and incubation, the slide typically is removed from the carousel, coverslipped with a glass coverslip and examined to determine the extent of primary antibody binding with the tissue sample.

FIG. **28** illustrates an alternative embodiment of the intermediate section **4**, including the slide support carousel

24 and the associated slide treatment stations, which dispenses with the tipper rinse method described above and employs an alternative rinsing arrangement, using stationary slide supports, as will be more fully described hereinafter. The carousel **24** is rotated, for example, in a clockwise manner, as indicated by the arrow shown in FIG. **28**, so that each slide support **26**A and associated slide **234** is positioned in the rinse zone A, evaporator inhibitor and reagent application zone B, and agitation zone C for successive treatment and incubation as previously described above.

In the embodiment depicted by FIG. **28**, an alterative embodiment of the slide support **26**A is provided which does not pivot, but rather is fixedly supported in a predetermined position on the carousel **24** by screws or the like and structured so that the associated slide **234** is held substantially horizontally as best seen in FIGS. **29**A–**29**B. Referring to FIGS. **29**A–**29**B, the slide support **26**A has a distal end **103**A, which is juxtaposed to the center of the carousel **24**, and a proximal end **104**, which is positioned adjacent to an outer circumference of the carousel **24**.

The support **26**A comprises a support plate **102**A having a raised terminal guide end platform **106**, adjacent the proximal end **104**A and a support post **107**A, adjacent the distal end **103**A. The platform **106**A and the post **107**A cooperate to support the slide **234** in a substantially horizontal position at a predetermined vertical distance with respect to raised terminal guide tabs **108**A and **109**A between which the slide **234** is positioned.

As best seen in FIG. **29**B, the tabs **108**A, **109**A are provided with a vertical length such that the upper surface of the slide **234** is positioned above the upper ends of the guide tabs **108**A, **109**A while the respective lateral edges **111**A, **113**A of the tabs **108**A, **109**A engage the lateral sides of the slide **234**, i.e., the tabs **108**A and **109**A do not extend a far as the upper surface of the slide **234** to prevent wicking-off of any liquid on the upper surface of the slide **234** by the tabs **108**A and **109**A. The lateral edges **111**A, **113**A cooperate with the a guide edge **115**A at the platform **106**A to orient the slide **234** at a predetermined position with respect to the slide support **26**A, and thus the carousel **24**, for treatment at the various treatment stations to be describe hereinafter.

A clamping arrangement, generally indicated at **118**A, positioned at the proximal end **104**A, clamps the slide **234** to the slide support **26**A. The clamping arrangement comprises a pair of supports **119**A between which a slide engaging member **120**A is pivotally supported. Spring **121**A biases the slide engaging member **120**A to firmly hold the slide **234** against the platform **106**A and post **107**A. The slide support **26**A permits easy loading and unloading of the slide **234**, firmly holds the slide **234** in place, does not interfere with the operation of the bar code reader and prevents or minimizes the wicking, i.e., surface tension, from draining liquids off the slide **234**.

An alternative embodiment of the rinsing arrangement forming the rinse zone A is employed in the embodiment depicted by FIG. **28** which replaces the rinse blocks, and arrangement thereof, used with the tipper rinse method previously described with respect to FIG. **14**. Referring to FIG. **28**, the rinse zone A employs a first rinse block **200**A, having a single wash block nozzle, as best seen in FIGS. **30**A–**30**B, and a second rinse block **202**A, having a dual wash block nozzle, as best seen in FIG. **31**.

The first wash block **200**A is preferably positioned at the beginning of the rinse zone A and the second wash block **202**A is preferably positioned at the end of the rinse zone A so that the first and second wash blocks are spaced from one another. The first wash block **200**A pulses streams of rinse liquid onto a slide upon entering the rinse zone A and due to the meniscus effect of the rinse liquid at the edges of the slide, builds up a layer of rinse liquid which remains on the slide. After a predetermined waiting period, set by the time it takes for the slide carousel to transport a slide between the first and second wash blocks **200**A, **202**A, the second wash block **202**A uses pulsed streams of rinse liquid, alternately directed at one and then the other of the longitudinal edges of the slides, to knock or sweep the previously deposited layer of rinse liquid off of the slide.

The rinsing arrangement depicted in FIG. **28** rinses or washes the upper surface of the slides with streams or jets of pulsed rinsing liquid, for example, water, so that a low volume of rinsing liquid is used to provide a high degree of rinsing. Because the rinsing of the slides is a key limit to the sensitivity of the assays as background or noise is directly related to rinsing and sensitivity is the signal to noise, ratio, the wash blocks **200**A, **202**A precede the application of the reagent and are a preferred feature of this embodiment of the invention.

Referring to FIG. **30**A, the first wash block **200**A comprises a single wash block nozzle **201**A having a plurality of nozzle outlet openings **203**A, for example **10** or so openings, which each provide a pulsed stream of rinse liquid **204**A which impacts the rinse liquid impact zone **236** of the slide **234** as previously described. Due to the meniscus effect of the rinse liquid at the longitudinal edges **234**P and lateral edge **234**L of the slide **234**, a layer of rinse liquid **213**A is built up on the slide **234** as a result of the repeated pulsing of streams of rinse liquid during the operation of the first wash block **200**A.

As best seen in FIG. **30**B, a nozzle axis **240**A of the nozzles of block **200**A forms an angle b with the horizontal, this angle being between 15 and 35 degrees, preferably substantially 25 degrees.

FIG. **31** illustrates the second wash block **202**A which employs a dual wash block nozzle **205**A comprising a lower set of nozzle outlet openings **206**A and an upper set of nozzle outlet openings **207**A which respectively direct streams of pulsed rinse liquid towards one or the other of the longitudinal edges **234**P of the slide **234**.

As with the first wash block **200**A, the streams of pulsed rinsing liquid, from each of the lower and upper sets of nozzle outlet openings **206**A and **207**A, preferably impact the slide **234** at the rinse liquid impact zone **236** which is upstream on the slide **234** from the tissue sample (not shown) positioned thereon. This feature of the first and second wash blocks **200**A and **202**A is important due to the fragile nature of the tissue sample positioned on the slide **234**. By directing the streams of pulsed rinsing liquid at the impact zone **236** of the slide **234**, the rinse liquid is provided with laminar flow by the time the rinse liquid reaches the tissue sample. As a result, undue damage to the fragile tissue sample is prevented.

The upper set of nozzle outlet openings **207**A is constructed so that the associated streams of rinse liquid are off-set at an angle from the longitudinal center line of the slide **234** so that the pulsed streams of rinse liquid are directed toward one of the longitudinal edges **234**P of the slide **234**. The lower set of nozzle openings **206**A is constructed so that the associated streams of rinsing liquid are also off-set at an angle from the longitudinal center line of the slide **234** so that the pulsed streams of rinse liquid are directed toward the other one of the longitudinal edges **234**P of the slide **234**. As a result of this arrangement, pulsed streams of rinse liquid are alternately and repeatedly directed to one and then the other of the longitudinal edges **234**P of the slide **234** as will be more fully described hereinafter.

Preferably, separate plumbing and valving are provided for each of the lower and upper sets of nozzle outlet openings **206A** and **207A** of the dual wash block nozzle **205A** to permit independent operation thereof. In operation, wash block **202A** directs streams of pulsed rinsing liquid, for example from the lower set of nozzle openings **206A**, toward a single longitudinal edge **234P** of the slide **234** and after completion then directs streams of pulsed rinse liquid, for example from the upper set of nozzle opening **207A**, to the other longitudinal edge **234P** of the slide **234**. This procedure is repeated and has the effect of sweeping or knocking the layer of rinse liquid **213A** off of the slide **234**.

As with the first wash block **200A**, the nozzle axis **240** (not shown) of each of the upper and lower set of nozzle openings **207A**, **206A** forms an angle b (not shown) with the horizontal of between 15 and 35 degrees, preferably substantially 35 degrees for the upper set of openings **207A** and substantially 25 degrees for the lower set of openings **206A**.

FIG. **32** illustrates an alternative embodiment of a vortex air mixer **220A** which in this case is a single mixer. Each of the single vortex air mixers **220A** is positioned at the inner radius of the slides **234** such that an gas jet or cone **356A** of, for example, air or the like, blows outwardly adjacent one of the longitudinal lateral edges **234P** of the associated slide **234** to effect mixing in a manner similar to that described with respect to FIG. **17**. More specifically, the gas stream **356A** impacts the surface of the evaporation liquid surface layer **360** and moves the underlying reagent solution in a circular path on the tissue section.

Each vortex mixer **220A** has a nozzle channel **350A**, including a nozzle orifice **351A**, which is supplied with pressurized air via a supply channel **358A**, the nozzle channel **350A** preferably intersecting the supply channel at a lower portion thereof. Pressurized air is supplied to the supply channel **358A** from a air supply conduit **352A** (arrows indicating the flow of air to and from the mixer **220A**) connected to a pressurized air source (not shown). Each of the vortex mixers **220A** can be supplied with pressurized air via a common supply conduit **352A** which connects and supplies each of the supply channels **358A** of the plurality of mixers **220A** illustrated in FIG. **28**.

As best seen in FIG. **28**, there are, for example twelve, single vortex mixers **220A** on the inner radius of the slides **234**. The nozzle orifice **351A** of each of the mixers **220A** is preferable positioned so that the center of the gas net or cone **356A** is approximately 2 mm above the surface of the slide **234** and 4 mm in from the adjacent edge **234X** of the slide **234** as best seen in FIG. **32**.

A first mixer **220A** is preferably positioned at station S2 adjacent the reagent drop point station S1 and a second mixer **220A** is positioned at station S3, the mixers **220A** at stations S2 and S3 directing the stream of air **356A** to opposite longitudinal edges **234P** of an associated slide **234** so that mixing is enhanced as described below.

The exact positioning of the remaining mixers **220A** is not critical, these mixers **220A** being positioned to provide a semi-continuous mixing. Additionally, each mixer **220A** is spaced so that they alternate in blowing the right side and then the left side of the slide **234**. That is, the even mixers blow up the right side of each slide **234** passing by and the odd mixers blow up the left side or vice versa. This enhances kinetic mixing, provides uniform coverage and averages out any possible temperature differences across each of the slides **234**. These features lead to more rapid and reproducible staining than can be obtained manually.

Additionally, the intermediate section **4** of the embodiment of FIG. **28** is provided with a bar code cleaner, generally indicated at **233A**, for cleaning drops of liquid off of the bar codes **233** (FIG. **32**) provided for each of the slides **234** for identification purpose as previously described. It should be noted that the bar code cleaner **233A** is equally applicable to the previously described embodiment of the invention employing the tipper rinse method described above. The bar code cleaner **233A** is positioned, for example, downstream from the reagent drop point station S1 just beyond the first vortex agitation zone C as best seen in FIG. **28** and upstream and adjacent to the bar code reader position (not shown).

The bar code cleaner **223A** is illustrated in detail in FIGS. 33A–33B and comprises a bar code nozzle **333A** supplied with compressed air or the like via a supply channel **334A** which is connected to a compressed air source (not shown) by supply conduit **335A**. The bar code nozzle **333A** is supported above the slide carousel **24** by support **336A**, as best seen in FIG. 33B, and affixed to the stationary support plate **22** of the intermediate section **4**. The nozzle **333A** emits a stream or cone of air **337A** which blows across the bar code **233** of an adjacent slide **234** attached to the associated slide support **26A**. The stream of air **337A** blows drops of liquid off of the bar code **233** which otherwise interfere with the reading of the bar codes by the bar code reader.

As best seen in FIG. 33A, the nozzle axis **338A** of the bar code nozzle **333A** forms an angle of about 45 degrees with the horizontal. Additionally, the stream of air **337A** preferably strikes the bar code **233A** in the area of the side of the bar code **233A** closest to nozzle **333A**.

Since the embodiment of the intermediate section **4** described with reference to FIG. **28** does not employ the tipper rinse method, any rinse liquid remaining on the slide after operation of the second wash block **202A** is drained from the upper surface of the slides **234** by a jet drain **148A** which is illustrated schematically by FIG. **34**. The preferred position of the jet drain **148A** is at the last rinse station of the rinse zone A just prior to the reagent drop point station S1 as best seen in FIG. **28**.

The jet drain **148A** directs a fluid stream **150A** of, for example air, at substantially a 45 degree angle to the longitudinal axis of an associated slide **234** and across one corner of the distal end **104A** of the associated slide **234**. The action of the fluid stream **150A** acts to blow, aspirate or siphon the buffer remaining after the rinsing performed at the rinse zone A as described above.

Except for the differences noted above the embodiment so described with respect to FIG. **28** is the same as the apparatus described above in connection with the tipper rinse method and is capable of operating and performing the immunohistological methods as previously described.

What is claimed is:

1. A method of dispensing reagents onto a slide, the method comprising the steps of:

providing at least one reagent container;

providing at least one slide on a slide support;

automatically identifying the reagent container using a computer;

automatically determining whether reagent in the reagent container should be dispensed onto the slide; and

dispensing the reagent in the reagent container onto the slide based on the determination of whether the reagent in the reagent container should be dispensed onto the slide,

wherein the step of automatically determining whether reagent in the reagent container should be dispensed onto the slide includes the steps of:

providing a bar code reader;

reading a slide bar code placed on the slide using the bar code reader thereby acquiring slide information, the slide information indicating reagents to be applied to the slide; and

sending the slide information to the computer.

2. The method of claim 1 wherein the slide bar code identifies a slide sample placed on the slide and identifies a sequence of reagents for the slide sample.

3. The method of claim 1 further comprising the steps of:

determining position information for the slide; and

sending the position information to the computer.

4. The method of claim 3 wherein a slide support supports the slide and wherein the step of determining position information for the slide includes homing the slide support and determining an indexed position of a motor drive for the slide.

5. A method of dispensing reagents onto a slide, the method comprising the steps of:

providing a plurality of reagent containers in a reagent support, each of the reagent containers having a reagent barcode;

providing at least one slide on a slide support, the slide having a bar code;

providing a bar code reader;

reading the bar codes on the reagent containers;

determining reagents in the reagent containers based upon the reading of the bar codes on the reagent containers;

reading the slide bar code on the at least one slide;

determining a sequence of reagents to be applied on the at least one slide based upon the reading of the slide bar code on the slide; and

dispensing the reagents in the reagent containers based upon the sequence of reagents to be applied.

6. The method of claim 5 further comprising the steps of:

determining position information for the reagent containers; and

sending the position information to the computer.

7. The method of claim 6 wherein a reagent carousel supports the reagent containers and wherein the step of determining position information for the reagent containers includes homing the reagent carousel and determining an indexed position of a motor drive for the reagent containers.

8. The method of claim 5 further comprising the steps of:

determining position information for the at least one slide; and

sending the position information to the computer.

9. The method of claim 8 wherein a slide carousel supports the at least one slide and wherein the step of determining position information for the at least one slide includes homing the slide carousel and determining an indexed position of a motor drive for the at least one slide.

10. The method of claim 5 further comprising the step of moving the reagent containers and the slide support relative to one another based upon the sequence of reagents to be applied on the at least one slide.

11. An automated biological staining apparatus comprising:

a slide support for holding at least one slide;

slide support drive means for moving the slide support;

a reagent tray for supporting reagent containers;

reagent drive means for moving the reagent tray;

bar code reader;

reagent dispensing device for applying reagent onto a particular slide; and

computer in communication with the slide support drive means, the reagent drive means, bar code reader and means for dispensing reagent,

wherein the bar code reader reads reagent bar codes on the reagent containers and at least one slide bar code on the at least one slide, and

wherein the computer automatically determines whether reagent in the reagent containers should be dispensed onto the particular slide.

12. The automated biological staining apparatus of claim 11 further comprising:

homing device connected to the reagent tray and in communication with the computer wherein the homing device determines position information for the reagent containers.

13. The automated biological staining apparatus of claim 12 wherein the reagent drive means is a motor and wherein the homing device determines an indexed position of the motor for the reagent containers.

14. The automated biological staining apparatus of claim 12 wherein the reagent drive means is a motor and wherein the motor rotates the reagent tray so that the reagent bar codes on the reagent containers are read by the bar code reader.

15. The automated biological staining apparatus of claim 11 wherein the bar code reader reads the at least one slide bar code on the at least one slide and wherein the at least one slide bar code is sent to the computer for automatically determining whether reagent in the reagent containers should be dispensed onto the particular slide.

16. The automated biological staining apparatus of claim 11 further comprising:

homing device connected to the slide support and in communication with the computer wherein the homing device determines position information for the particular slide.

17. The automated biological staining apparatus of claim 11 wherein the computer controls the movement of the reagent tray and the slide support to move relative to one another to position a reagent container over the particular slide.

18. The automated biological staining apparatus of claim 12 wherein the reagent tray is a reagent carousel and wherein the reagent drive means moves the reagent carousel to place the reagent containers in a reagent delivery zone.

19. An automated biological staining apparatus comprising:

a slide support for holding at least one slide;

slide support drive means for moving the slide support;

a reagent tray for supporting reagent containers;

reagent drive means for moving the reagent tray;

means for automatically identifying the reagent containers;

means for automatically determining whether reagent in the reagent containers should be dispensed onto a particular slide; and

reagent dispensing device for applying reagent onto a particular slide.

20. The automated biological staining apparatus of claim 19 wherein the means for automatically identifying the reagent containers includes a bar code reader, wherein the bar code reader reads reagent bar codes on the reagent containers and wherein the reagent bar codes are sent to the computer for automatically identifying the reagent containers.

21. The automated biological staining apparatus of claim 19 wherein means for automatically determining whether reagent in the reagent containers should be dispensed onto the slide includes a bar code reader, wherein the bar code reader reads slide bar codes on the slides and wherein the slide bar codes are sent to the computer for automatically determining whether reagent in the reagent containers should be dispensed onto the particular slide.

22. The automated biological staining apparatus of claim 19 further comprising:

means for determining position information for the reagent containers, the means being in communication with the computer.

23. The automated biological staining apparatus of claim 22 wherein the means for determining position information for the reagent containers includes a homing device connected to the reagent tray and in communication with the computer wherein the homing device determines position information for the reagent containers.

24. The automated biological staining apparatus of claim 19 further comprising:

means for determining position information for the at least one slide, the means being in communication with the computer.

25. The automated biological staining apparatus of claim 24 wherein the means for determining position information for the at least one slide includes a homing device connected to the slide support and in communication with the computer wherein the homing device determines position information for the at least one slide.

* * * * *

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

1. Title of case (name of first party on each side only) Ventana Medical Systems, Inc. v. Vision BioSystems, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

[ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

[X] II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

[ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

[ ] IV. 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

[ ] V. 150, 152, 153.

05 10614 GAO

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

Vision Biosystems (USA) Trading, Inc. v. Ventana, 03-CV-10391-GAO

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES [ ] NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES [ ] NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES [ ] NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES [ ] NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES [X] NO [ ]

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division [X] Central Division [ ] Western Division [ ]

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division [X] Central Division [ ] Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES [ ] NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Brian L.Michaelis

ADDRESS Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, MA 02111

TELEPHONE NO. 617 856-8200

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Ventana Medical Systems, Inc.

**DEFENDANTS** Vision BioSystems, Inc.

**(b)** County of Residence of First Listed Plaintiff: Pima County, AZ
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Plymouth County, MA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Brian Michaelis, Brown Rudnick Berlack Israels
One Financial Center
Boston, MA 02111 617-856-8200

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 35 USC 271
Brief description of cause: Infringement of US Patent No. 6,352,861

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE O'Toole DOCKET NUMBER 03-10391-GAO

DATE 3-29-05 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______