IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VENTANA MEDICAL SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-10614-GAO |
| | ) | |
| VISION BIOSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**VENTANA MEDICAL SYSTEMS, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING PAPERS UNDER SEAL**

Ventana Medical Systems, Inc. ("Ventana"), hereby requests leave of this Court, pursuant to Local Rule 17.1(B)(3), to file its Motion for Preliminary Injunction and supporting papers (the "Motion") under seal. In support of this Motion, Ventana states that the Motion is being filed under seal out of an abundance of caution given Vision's designation of its User Manuals as "Confidential" under the protective Order in <u>Vision BioSystems (USA) Trading, Inc. v. Ventana Medical Systems, Inc.</u>, Civil Action No. 03-10391.

WHEREFORE, Ventana respectfully requests leave to file its Memorandum Concerning Confidentiality Designations under seal.

Respectfully submitted,

**VENTANA MEDICAL SYSTEMS, INC.,**

By its attorneys:

_____
Brian L. Michaelis (BB0# 555159)
Robert L. Harris (BBO# 644829)
Brown Rudnick Berlack Israels, LLP
One Financial Center

1

Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201

- and -

Jeffrey N. Danis (BBO# 113880)
Ventana Medical Systems, Inc.
1910 Innovation Park Drive
Oro Valley, AZ 85737
Tel. (520) 229-3965
Fax. (520) 229-4216

Dated June 9, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

_____
Robert L. Harris

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served, via hand delivery and Federal Express on counsel for Vision in this matter on this 9 day of June, 2005.

(Via Federal Express)
Elizabeth A. Leff, Esquire
Rothwell, Figg, Ernst & Manbeck
1425 K Street, NW, Suite 800
Washington, D.C. 20005

(Via Hand Delivery)
Christine M. Roach, Esquire
Roach & Carpenter, PC
24 School Street
Boston, MA 02108

_____
Robert L. Harris

# 1368127