IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC. </br></br>Plaintiff, </br></br>v. </br></br>VISION BIOSYSTEMS INC., </br></br>Defendants. | Civil Action No. 05-CV-10614-GAO |

## LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

What follows is the Corporate Disclosure Statement required by Rule 7.3 of this Court's Local Rules:

I, the undersigned, counsel of record for Defendant Vision BioSystems Inc. ("VBS"), certify that to the best of my knowledge and belief, the following are the parent companies of VBS and any publically held corporations that own 10 percent or more of VBS's stock:

Vision BioSystems International Pty. Ltd., an Australian private company

Vision BioSystems Ltd., an Australian private company

VSL Group Holdings Pty Ltd., an Australian private company

Vision Systems Ltd., an Australian publically held company

Investors Mutual Ltd., an Australian Company

These representations are made such that any judges of this Court may determine the need for recusal.

Dated: June 17, 2005

Respectfully submitted,

By: _____
Christine M. Roach
Roach & Carpenter PC
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

E. Anthony Figg
Elizabeth A. Leff
Richard Wydeven
Rothwell, Figg, Ernst & Manbeck
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Defendant*
*Vision BioSystems Inc.*