UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VENTANA MEDICAL SYSTEMS, INC.,

    Plaintiff,

v.

VISION BIOSYSTEMS, INC.,

    Defendant.

CIVIL ACTION NO. 05-CV-10614-GAO

G FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROGER J. CHIN

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Roger J. Chin of Wilson Sonsini Goodrich & Rosati, P.C., One Market, Spear Tower, Suite 3300, San Francisco, California 94105, be admitted to appear on behalf of plaintiff Ventana Medical Systems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.     Mr. Chin is and has been a member in good standing of the bar of the State of California since 1996;

2.     Mr. Chin is and has been a member in good standing of the bars of the following United States District Courts and Circuit Courts of Appeals since the following dates:

| | |
|---|---|
| Northern District of California | 1996 |
| Central District of California | 1998 |
| Southern District of California | 2000 |
| Western District of Texas | 1998 |

          Ninth Circuit                        1997

          Federal Circuit                    1997

3.     There are no disciplinary proceedings pending against Mr. Chin as a member of the bar in any jurisdiction;

4.     Mr. Chin has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.     In further support of this motion, Mr. Chin has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Chin's admission to practice before this Court *pro hac vice*.

Dated: June 29, 2005

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

_____
Brian L. Michaelis (BBO #555159)
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

Jeffrey N. Danis (BBO #113880)
VENTANA MEDICAL SYSTEMS, INC.
1910 Innovation Park Drive
Tucson, Arizona 85737
(520) 229-3965

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Roger J. Chin, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Roger J. Chin, Esq.

Dated: June 22, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

Brian L. Michaelis

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Roger J. Chin, Nicole W. Stafford and Ron E. Shulman was served, via hand delivery and first-class mail on counsel for Vision Biosystems, Inc. in this matter on this 29th day of June, 2005.

| (Via First-Class Mail) | (Via Hand Delivery) |
|---|---|
| Elizabeth A. Leff, Esquire | Christine M. Roach, Esquire |
| Rothwell, Figg, Ernst & Manbeck | Roach & Carpenter, PC |
| 1425 K Street, NW, Suite 800 | 24 School Street |
| Washington, D.C. 20005 | Boston, MA 02108 |

Brian L. Michaelis

# 1372338 v1 - HARRISRL - 021160/0012