UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VISION BIOSYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-CV-10614-GAO |

**MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD WYDEVEN**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Richard Wydeven of Rothwell, Figg, Ernst & Manbeck, P.C., 1425 K Street, N.W., Suite 800, Washington, D.C. 20005, be admitted to appear on behalf of Defendant Vision Biosystems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Wydeven was admitted to practice law in the State of Texas in 1994 and is an inactive member in good standing. Mr. Wydeven is and has been a member in good standing of the bar for the District of Columbia since 1994.

2. Mr. Wydeven is and has been a member in good standing of the bars of the following United States Court of Appeals and Supreme Court since the following dates:

    District of Columbia Court of Appeals    1995

3.  There are no disciplinary proceedings pending against Mr. Wydeven as a member of the bar in any jurisdiction.

4.  Mr. Wydeven has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.  In further support of this motion, Mr. Wydeven has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Wydeven's admission to practice before this Court *pro hac vice*.

Dated: August 11, 2005

VISION BIOSYSTEMS, INC.

By its attorneys,

*Christine M. Roach (by EPS)*
Christine M. Roach BBO # 421630
ROACH & CARPENTER PC
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

E. Anthony Figg
Elizabeth A. Leff
Richard Wydeven
C. Nichole Gifford
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Defendant*
*Vision BioSystems (USA) Trading Inc.*

## CERTIFICATE OF CONSULTATION

    Elizabeth A. Leff submits this Certificate of Consultation pursuant to Local Rule 7.1(A)(2). The undersigned certifies that in telephone conversation on [or about] July 13, 2005 conferred with counsel for Plaintiff, who assented-to this motion.

August 11, 2005

Elizabeth A. Leff

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2005, I caused a true and correct copy of the foregoing to be served upon the following counsel of record, by first class mail, postage prepaid, or as otherwise indicated

Brian L. Gallagher

Roger J. Chin, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304-1050

Brian L. Michaelis, Esq.
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

# CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Richard Wydeven, hereby certify that (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Richard Wydeven

Dated: July 12, 2005