UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VISION BIOSYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 05-CV-10614-GAO |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZABETH A. LEFF

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Elizabeth A. Leff of Rothwell, Figg, Ernst & Manbeck, P.C., 1425 K Street, N.W., Suite 800, Washington, D.C. 20005, be admitted to appear on behalf of Defendant Vision Biosystems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.  Ms. Leff is and has been a member in good standing of the bar of the State of Washington since 1987, the State of Florida since 1987 and the District of Columbia bar since 1991.

2.  Ms. Leff is and has been a member in good standing of the bars of the following United States Supreme Courts, United States District Courts and Circuit Courts of Appeals since the following dates:

    | | |
    |---|---|
    | Supreme Court of Washington | 1987 |
    | Supreme Court of Florida | 1991 |

1

| | |
|---|---|
| Supreme Court of the United States | 2000 |
| District Court of Washington | 1987 |
| District Court Western District of Washington | 1987 |
| District Court for the Northern District of Florida | 1994 |
| District Court for Southern District of Florida | 1994 |
| Federal Circuit Court of Appeals | 1999 |
| District Court District of Columbia | 2000 |
| Fourth Circuit Court of Appeals | 2001 |

3. There are no disciplinary proceedings pending against Ms. Leff as a member of the bar in any jurisdiction.

4. Ms. Leff has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Ms. Leff has submitted herewith her Certificate of Good Standing as required by Local Rules 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. Leff's admission to practice before this Court *pro hac vice*.

Dated: August 11, 2005                                  VISION BIOSYSTEMS, INC.

By its attorneys,

*Christine M. Roach (by EPS)*
Christine M. Roach BBO # 421630
ROACH & CARPENTER PC
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

2

E. Anthony Figg
Elizabeth A. Leff
Richard Wydeven
C. Nichole Gifford
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Defendant*
*Vision BioSystems (USA) Trading Inc.*

## CERTIFICATE OF CONSULTATION

Elizabeth A. Leff submits this Certificate of Consultation pursuant to Local Rule 7.1(A)(2). The undersigned certifies that in telephone conversation on [or about] July 13, 2005 conferred with counsel for Plaintiff, who assented-to this motion.

August 11, 2005

Elizabeth A. Leff

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2005, I caused a true and correct copy of the foregoing to be served upon the following counsel of record, by first class mail, postage prepaid, or as otherwise indicated

Brian L. Gallagher

Roger J. Chin, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304-1050

Brian L. Michaelis, Esq.
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Elizabeth A. Leff, hereby certify that (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Elizabeth A. Leff

Dated: July 12, 2005