UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VISION BIOSYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-CV-10614-GAO |

## MOTION FOR ADMISSION *PRO HAC VICE* OF C. NICHOLE GIFFORD

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that C. Nichole Gifford of Rothwell, Figg, Ernst & Manbeck, P.C., 1425 K Street, N.W., Suite 800, Washington, D.C. 20005, be admitted to appear on behalf of defendant Vision Biosystems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Ms. Gifford is and has been a member in good standing of the bar of the State of Tennessee since 1999;

2. Ms. Gifford is and has been a member in good standing of the bars of the following United States Supreme Court and United States District Court since the following dates:

      Tennessee Supreme Court          1999

      District Court for the District of Columbia    2003

1

3.  There are no disciplinary proceedings pending against Ms. Gifford as a member of the bar in any jurisdiction;

4.  Ms. Gifford has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.  In further support of this motion, Ms. Gifford has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. Gifford's admission to practice before this Court *pro hac vice*.

Dated: August 11, 2005                    VISION BIOSYSTEMS, INC.

                                          By its attorneys,

                                          *Christine M. Roach* (by EPS)
                                          Christine M. Roach BBO # 421630
                                          ROACH & CARPENTER PC
                                          24 School Street
                                          Boston, Massachusetts 02108
                                          (617) 720-1800


                                          E. Anthony Figg
                                          Elizabeth A. Leff
                                          Richard Wydeven
                                          C. Nichole Gifford
                                          ROTHWELL, FIGG, ERNST & MANBECK
                                          1425 K Street, NW, Suite 800
                                          Washington, DC 20005
                                          (202) 783-6040

                                          *Attorneys for Defendant*
                                          *Vision BioSystems (USA) Trading Inc.*

## CERTIFICATE OF CONSULTATION

Elizabeth A. Leff submits this Certificate of Consultation pursuant to Local Rule 7.1(A)(2). The undersigned certifies that in telephone conversation on [or about] July 13, 2005 conferred with counsel for Plaintiff, who assented-to this motion.

August 11, 2005

Elizabeth A. Leff

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2005, I caused a true and correct copy of the foregoing to be served upon the following counsel of record, by first class mail, postage prepaid, or as otherwise indicated

Brian L. Gallagher

Roger J. Chin, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304-1050

Brian L. Michaelis, Esq.
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, C. Nichole Gifford, hereby certify that (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                        Respectfully submitted,

                                                        C. Nichole Gifford

Dated: July __, 2005