UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VISION BIOSYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 05-CV-10614-GAO |

## MOTION FOR ADMISSION *PRO HAC VICE* OF E. ANTHONY FIGG

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that E. Anthony Figg of Rothwell, Figg, Ernst & Manbeck, P.C., 1425 K Street, N.W., Suite 800, Washington, D.C. 20005, be admitted to appear on behalf of Defendant Vision Biosystems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Figg has not maintained admission to the Indiana bar by payment of annual fees, but is in good standing with that Court and is eligible to practice in all of the other courts referenced below:

2. Mr. Figg is and has been a member in good standing of the bars of the following United States District Courts, Circuit Court of Appeals and Supreme Courts since the following dates:

| | |
|---|---|
| State of Indiana | 1973 |
| District of Columbia | 1981 |
| U.S. Court of Appeals for the Federal Circuit | 1984 |

| | |
|---|---|
| U.S.D.C. for the District of Columbia | 1985 |
| U.S. Supreme Court | 1994 |

3. There are no disciplinary proceedings pending against Mr. Figg as a member of the bar in any jurisdiction.

4. Mr. Figg has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Figg has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Figg's admission to practice before this Court *pro hac vice*.

Dated: August 11, 2005                         VISION BIOSYSTEMS, INC.

                                                By its attorneys,

                                                Christine M. Roach (by EPS)
                                                Christine M. Roach BBO # 421630
                                                ROACH & CARPENTER PC
                                                24 School Street
                                                Boston, Massachusetts 02108
                                                (617) 720-1800

                                                E. Anthony Figg
                                                Elizabeth A. Leff
                                                Richard Wydeven
                                                ROTHWELL, FIGG, ERNST & MANBECK
                                                1425 K Street, NW, Suite 800
                                                Washington, DC 20005
                                                (202) 783-6040

                                                *Attorneys for Defendant*
                                                *Vision BioSystems (USA) Trading Inc.*

## CERTIFICATE OF CONSULTATION

    Elizabeth A. Leff submits this Certificate of Consultation pursuant to Local Rule 7.1(A)(2). The undersigned certifies that in telephone conversation on [or about] July 13, 2005 conferred with counsel for Plaintiff, who assented-to this motion.

August 11, 2005

Elizabeth A. Leff

## CERTIFICATE OF SERVICE

    I hereby certify that on August 11, 2005, I caused a true and correct copy of the foregoing to be served upon the following counsel of record, by first class mail, postage prepaid, or as otherwise indicated

Brian L. Gallagher

Roger J. Chin, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304-1050

Brian L. Michaelis, Esq.
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

# CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, E. Anthony Figg, hereby certify that (1) I am admitted to the bars fo the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiary with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
E. Anthony Figg

Dated: July 12, 2005