UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 05-CV-10614-GAO |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH ZIMMERMAN**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Sarah R. Zimmerman of Wilson Sonsini Goodrich & Rosati, P.C., One Market, Spear Tower, Ste. 3300 San Francisco, California, 94105, be admitted to appear on behalf of Ventana Medical System Inc., and to practice before this Court in the above-entitled consolidated actions. As grounds this motion, the undersigned counsel respectfully represents the following:

1. Ms. Zimmerman is and has been a member in good standing of the bar of the State of California since 2002;

2. Ms. Zimmerman is and has been a member in good standing of the bar of the United States District Court for the Northern District of California since 2003;

3. There are no disciplinary proceedings pending against Ms. Zimmerman as a member of the bar in any jurisdiction;

4. Ms. Zimmerman has represented to the undersigned counsel that she is familia with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Ms. Zimmerman has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. Zimmerman's admission to practice before this Court *pro hac vice*.

Dated: September 14, 2005

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

/s/ Brian Michaelis
Brian L. Michaelis (BBO #555159)
BROWN RUDNICK BERLACK ISRAELS,   P
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

Jeffrey N. Danis (BBO #113880)
VENTANA MEDICAL SYSTEMS, INC.
1910 Innovation Park Drive
Tucson, Arizona 85737
(520) 229-3965

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Sarah R. Zimmerman, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Sarah R. Zimmerman, Esq.

Dated: September 13, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing th paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

_____
Brian L. Michaelis

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Sarah Zimmerman was served, via hand delivery and e-mail on counsel for Vision Biosystems, Inc. in this matter on this 14th day of September, 2005.

| (Via E-Mail) | (Via Hand Delivery) |
|---|---|
| Elizabeth A. Leff, Esquire | Christine M. Roach, Esquire |
| Rothwell, Figg, Ernst & Manbeck | Roach & Carpenter, PC |
| 1425 K Street, NW, Suite 800 | 24 School Street |
| Washington, D.C. 20005 | Boston, MA 02108 |

_____
Brian L. Michaelis

# 1387716 v1 - HARRISRL - 021160/0012