UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 05-CV-10614-GAO |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN D. RANGE**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Brian D. Range of Wilson Sonsini Goodrich & Rosati, P.C., 8911 Capital of Texas Highway North, Westech 360, Suite 3350, Austin, Texas 78759, be admitted to appear on behalf of Ventana Medical Systems, Inc., and to practice before this Court in the above-entitled action. As grou  s for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Range was admitted to the bar of the State of Texas in 2001 and is a mem  in good standing;

2. Mr. Range is and has been a member in good standing of the bars of the follo  g United States District Courts since the following dates:

| | |
|---|---|
| Eastern District of Texas | 2002 |
| Western District of Texas | 2002 |
| Southern District of Texas | 2003 |
| Northern District of Texas | 2003 |

3. There are no disciplinary proceedings pending against Mr. Range as a membe   f the bar in any jurisdiction;

4.   Mr. Range has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.   In further support of this motion, Mr. Range has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Range's admission to practice before this Court *pro hac vice*.

Dated: September 16, 2005

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

_____
Brian L. Michaelis (BBO #555159)
Robert L. Harris (BBO #644829)
BROWN RUDNICK BERLACK ISRAELS, LP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

Jeffrey N. Danis (BBO #113880)
VENTANA MEDICAL SYSTEMS, INC.
1910 Innovation Park Drive
Tucson, Arizona 85737
(520) 229-3965

# 1388149 v1 - HARRISRL - 021160/0012

## **CERTIFICATE OF GOOD STANDING**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Brian D. Range, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Brian D. Range, Esq.

Dated: September 15, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing t[his] paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

_____
Robert L. Harris

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Brian D. Range was served, via hand delivery and e-mail on counsel for Vision Biosystems, Inc. in this matter on this 16th day of September, 2005.

| (Via E-Mail) | (Via Hand Delivery) |
|---|---|
| Elizabeth A. Leff, Esquire | Christine M. Roach, Esquire |
| Rothwell, Figg, Ernst & Manbeck | Roach & Carpenter, PC |
| 1425 K Street, NW, Suite 800 | 24 School Street |
| Washington, D.C. 20005 | Boston, MA 02108 |

_____
Robert L. Harris

# 1388174 v1 - HARRISRL - 021160/0012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VENTANA MEDICAL SYSTEMS, INC.,

    Plaintiff,

v.

VISION BIOSYSTEMS, INC.,

    Defendant.

CIVIL ACTION NO. 05-CV-10614-GA(

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID J. PALMER**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that David J. Palmer of Wilson Sonsini Goodrich & Rosati, P.C., 8911 Capital of Texas Highway North, Westech 360, Suite 3350, Austin, Texas 78759, be admitted to appear on behalf of Ventana Medical Systems, Inc., and to practice before this Court in the above-entitled action. As grou for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Palmer was admitted to the bar of the State of Texas in 2005 and is a mem in good standing;

2. Mr. Palmer was admitted to the bar of the State of California in 2001 and is a member in good standing;

3. Mr. Palmer is and has been a member in good standing of the bar of United Sta District Court for the Eastern District of California since 2004;

4. There are no disciplinary proceedings pending against Mr. Palmer as a membei the bar in any jurisdiction;

-2-

5.  Mr. Palmer has represented to the undersigned counsel that he is familiar with  e Local Rules of the United States District Court for the District of Massachusetts; and

6.  In further support of this motion, Mr. Palmer has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Palmer's admission practice before this Court *pro hac vice*.

Dated: September 16, 2005

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

_____
Brian L. Michaelis (BBO #555159)
Robert L. Harris (BBO #644829)
BROWN RUDNICK BERLACK ISRAELS, LP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

Jeffrey N. Danis (BBO #113880)
VENTANA MEDICAL SYSTEMS, INC.
1910 Innovation Park Drive
Tucson, Arizona 85737
(520) 229-3965

# 1388146 v1 - HARRISRL - 021160/0012

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, David J. Palmer, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

David J. Palmer, Esq.

Dated: September 15, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

_____
Robert L. Harris

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of David J. Palmer was served, via hand delivery and e-mail on counsel for Vision Biosystems, Inc. in this matter on this 16th day of September, 2005.

(Via E-Mail)
Elizabeth A. Leff, Esquire
Rothwell, Figg, Ernst & Manbeck
1425 K Street, NW, Suite 800
Washington, D.C. 20005

(Via Hand Delivery)
Christine M. Roach, Esquire
Roach & Carpenter, PC
24 School Street
Boston, MA 02108

_____
Robert L. Harris

# 1388175 v1 - HARRISRL - 021160/0012