IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VISION BIOSYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-CV-10614-GAO |

### MOTION FOR LEAVE TO FILE DECLARATION OF BRIAN L. MICHAELIS IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR EXTENSION OF DEADLINE FOR EXPERT REPORTS UNDER SEAL

Ventana Medical Systems, Inc. ("Ventana") hereby requests leave of this Court, pursuant to Local Rule 17.1(B)(3), to file the Declaration of Brian L. Michaelis in support of Plaintiff's Emergency Motion to Compel Production of Documents and for Extension of Deadline for Expert Reports (the "Declaration") under seal. In support of this Motion, Ventana states that the Declaration includes ertain documents, attached as Exhibits 14 and 15, that have been designated as confidential pursuant to a protective order between the parties in this case. Accordingly, the Declaration should be filed under seal.

WHEREFORE, Ventana respectfully requests leave to file the Declaration under seal.

Respectfully submitted,

**VENTANA MEDICAL SYSTEMS, INC.,**

By its attorneys:

_____
Brian L. Michaelis (BB0# 555159)
Robert L. Harris (BBO# 644829)

Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201

- and -

Jeffrey N. Danis (BBO# 113880)
Ventana Medical Systems, Inc.
1910 Innovation Park Drive
Oro Valley, AZ 85737
Tel. (520) 229-3965
Fax. (520) 229-4216

Dated: September 23, 2005

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

_____
Robert L. Harris

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served, via hand delivery and Federal Express on counsel for Vision in this matter on this 23 day of September 2005

(Via Federal Express)                (Via Hand Delivery)
Elizabeth A. Leff, Esquire           Christine M. Roach, Esquire
Rothwell, Figg, Ernst & Manbeck      Roach & Carpenter, PC
1425 K Street, NW, Suite 800         24 School Street
Washington, D.C. 20005               Boston, MA 02108

_____
Robert L. Harris