IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VENTANA MEDICAL SYSTEMS, INC.,

    Plaintiff,

v.

VISION BIOSYSTEMS, INC.,

    Defendant.

CIVIL ACTION NO. 05-CV-10614-GA

**AGREED MOTION FOR EXTENSION
FOR CERTAIN EXPERT REPORTS**

Plaintiff Ventana Medical Systems, Inc. ("Ventana") represents that its expert, Ted Williams, was hospitalized from September 11- 16, 2005 for low blood pressure, thereby necessitating the extension to which the parties have stipulated herein.

Plaintiff Ventana and Defendant Vision BioSystems, Inc. ("Vision") respectfully request the Court to extend by seven (7) calendar days the deadline for (i) Ventana to serve an expert report for Mr. Williams and (ii) Vision to serve a report responsive specifically to that report of Mr. Williams. This extension does not affect the deadline for Ventana to serve any other expert report or for Vision to serve a report responsive to any other expert report served by Ventana.[1] Counsel for Vision agree to this proposed extension.

No other deadlines are affected by this proposed extension.

For the Court's convenience, a proposed Form of Order is attached.

---

[1] This agreed extension – necessitated by Mr. Williams' recent hospitalization – is separate from the extension necessitated by Vision's failure to produce highly relevant documents in possession and requested in Plaintiff's *Emergency Motion to Compel Production of Documents and for Extension of Deadline for Expert Reports*, being filed herewith.

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

*/s/ Brian L. Michaelis*
Brian L. Michaelis (BBO#555159)
Robert L. Harris (BBO #644829)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

Jeffrey N. Danis (BBO #113880) (Pro Hac Vice)
VENTANA MEDICAL SYSTEMS, INC.
1910 Innovation Park Drive
Tucson, Arizona 85737
(520) 229-3965

Of counsel:

Ron E. Shulman (Pro Hac Vice)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

Roger J. Chin (Pro Hac Vice)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000

Nicole W. Stafford (Pro Hac Vice)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497
Telephone: (512) 338-5400

Attorneys for Plaintiff

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2) that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

*Brian L. Michaelis*
Brian L. Michaelis

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Motion for Extension of Certain Expert Reports was served, via hand delivery and e-mail on counsel for Vision Biosystems, Inc. in this matter on this 22nd day of September, 2005.

| (Via E-Mail) | (Via Hand Delivery) |
|---|---|
| Elizabeth A. Leff, Esquire | Christine M. Roach, Esquire |
| Rothwell, Figg, Ernst & Manbeck | Roach & Carpenter, PC |
| 1425 K Street, NW, Suite 800 | 24 School Street |
| Washington, D.C. 20005 | Boston, MA 02108 |

*Brian L. Michaelis*
Brian L. Michaelis

# 1389329 v1 - HARRISRL - 021160/0012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VENTANA MEDICAL SYSTEMS, INC.,

    Plaintiff,

v.

VISION BIOSYSTEMS, INC.,

    Defendant.

CIVIL ACTION NO. 05-CV-10614-G

## ORDER GRANTING AGREED MOTION
## FOR EXTENSION FOR CERTAIN EXPERT REPORTS

Upon review of the pleadings before the Court, and upon consideration of the argum[ents]

of counsel, it is hereby ORDERED and ADJUDGED that the Agreed Motion for Extension [for]

Certain Expert Reports be GRANTED.

_____, J.

Dated: September____, 2005

# 1389345 v1 - HARRISRL - 021160/0012