FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS  2005 OCT -7  P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC.,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VISION BIOSYSTEMS INC.,<br><br>Defendant. | Civil Action No. 05-CV-10614-GAO |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT BASED ON COLLATERAL ESTOPPEL**

Plaintiff Vision Biosystems, Inc. formerly known as Vision Biosystems (USA) Trading Inc. ("Vision"), by and through counsel, respectfully moves this Court for summary judgment of non-infringement of U.S. Patent No. 6,352,861 (the "'861 patent"). In support of its motion, Vision refers the Court to its memorandum in support of the motion for summary judgment, statement of undisputed facts, Declaration of Ross Barrow, and Declaration of Richard Wydeven filed concurrently.

Vision also moves this Court to modify its September 30, 2004 Memorandum and Order and vacate its earlier finding of infringement in favor of Ventana Medical Systems, Inc.

For the reasons set forth in the attached Memorandum of Law, Plaintiff respectfully requests that the Court grant this motion.

Dated: October 6, 2005

Respectfully submitted,

By: _____
Christine M. Roach BBO # 421630
ROACH & CARPENTER PC
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

E. Anthony Figg
Elizabeth A. Leff
Richard Wydeven
Minaksi Bhatt
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Plaintiff*
*Vision BioSystems Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -7 P 2:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS INC., <br><br> Defendant. | Civil Action No. 05-CV-10614-GAO |

### LOCAL RULE 7.1 CERTIFICATION

Prior to filing this motion, and in accordance with Local Rule 7.1(a)(2), Plaintiff's counsel Elizabeth A. Leff conferred with Defendant's counsel. During that conference, Defendant's counsel represented that Ventana does not consent to this motion.

Dated: October 7, 2005

Respectfully submitted,

By: _____
E. Anthony Figg (admitted *pro hac vice*)
Elizabeth A. Leff (admitted *pro hac vice*)
Richard Wydeven (admitted *pro hac vice*)
Minaksi Bhatt (admitted *pro hac vice*)
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

Christine M. Roach BBO # 421630
ROACH & CARPENTER PC
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

*Attorneys for Plaintiff*
*Vision BioSystems Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2005, I caused a true and correct copy of the foregoing to be served upon the following counsel of record, by first class mail, postage prepaid, or as otherwise indicated

_____
Brian L. Gallagher

**BY MESSENGER**
Brian L. Michaelis, Esq.
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111

**BY FEDEX**
Nichole Stafford, Esq.
Wilson Sonsini Goodrich & Rosati, PC
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-8497

FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 OCT -7  P 2: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS INC., <br><br> Defendant. | Civil Action No. 05-CV-10614-GAO |

## [PROPOSED] ORDER

This matter is before the Court on the motion of Plaintiff, Vision Biosystems, Inc. formerly known as Vision Biosystems (USA) Trading Inc. ("Vision"), for summary judgment of non-infringement based on collateral estoppel.

This matter having been fully briefed and considered by the Court, it is hereby ORDERED:

That Vision's motion for summary judgment of non-infringement of U.S. Patent No. 6,352,861 is GRANTED; and

The earlier finding of infringement in favor of Ventana Medical Systems, Inc. in the Court's September 30, 2004 Memorandum and Order is VACATED.

So ordered this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE