IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -7 P 2: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS INC., <br><br> Defendant. | Civil Action No. 05-CV-10614-GAO |

## VISION'S MOTION FOR IMPOUNDMENT UNDER LOCAL RULE 7.2

Pursuant to Local Rule 7.2, Vision BioSystems, Inc., formerly known as Vision BioSystems USA Trading Inc. ("Vision"), moves this Court to impound the following, which is filed herewith:

Declaration of Ross Barrow in Support of Motion for Summary Judgment and Exhibits A and B.

As grounds for this motion, Vision states that the aforementioned filings relate and/or refer to information designated Confidential by the parties under the terms of the Stipulated Protective Order. The requested impoundment should continue until sixty (60) days after the entry of final

judgment herein. Thereafter, the materials shall be returned to counsel for Vision, who shall retain them, subject to further order of the Court, for thirty (30) days after the final termination of this litigation, including any applicable appeal period.

Dated: October 7, 2005

Respectfully submitted,

By: _____
Christine M. Roach BBO # 421630
ROACH & CARPENTER, PC
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

E. Anthony Figg
Elizabeth A. Leff
Richard Wydeven
Minaksi Bhatt
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Plaintiff*
*Vision BioSystems Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS INC., <br><br> Defendant. | Civil Action No. 05-CV-10614-GAO |

## LOCAL RULE 7.1 CERTIFICATION

Prior to filing this motion, and in accordance with Local Rule 7.1(a)(2), Plaintiff's counsel Elizabeth A. Leff conferred with Defendant's counsel. During that conference, Defendants' counsel Roger Chin represented that Ventana assents to Vision's Motion for Impoundment under Local Rule 7.2.

Dated: October 7, 2005

Respectfully submitted,

By: _____
E. Anthony Figg (admitted *pro hac vice*)
Elizabeth A. Leff (admitted *pro hac vice*)
Richard Wydeven (admitted *pro hac vice*)

Minaksi Bhatt (admitted *pro hac vice*)
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

Christine M. Roach BBO # 421630
ROACH & CARPENTER PC
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

*Attorneys for Plaintiff*
*Vision BioSystems (USA) Trading Inc.*