UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | C.A. No. 05-CV-10614-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Robert J. Muldoon, Jr. (rmuldoon@sherin.com) as counsel of record for Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc.

                                      VISION BIOSYSTEMS, INC.,
                                      By their attorneys,

                                      /s/ Robert J. Muldoon, Jr.
                                      Robert. J. Muldoon, Jr. BBO# 359480
                                      Pamela A. Zorn BBO# 640800
                                      Sherin and Lodgen LLP
                                      101 Federal St.
                                      Boston, MA  02110

Dated:  December 21, 2005             (617) 646-2000