UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |
| VENTANA MEDICAL SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-CV-10614-GAO |
| VISION BIOSYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**VISION BIOSYSTEMS INC.'S**
**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), Pamela A. Zorn, a member of the bar of this Court and attorney for Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc., moves to admit attorneys Douglas E. Ringel and John R. Hutchins to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavits of Douglas E. Ringel and John R. Hutchins, which state that: (1) Attorney Ringel is a member in good standing of the bar of the State of Florida, and both Attorney Ringel and Attorney Hutchins are members in good standing of the bars of the State of New York, the District of Columbia, and the U.S. Patent and Trademark Office; (2) they are not currently the subject of any

00095358.DOC /

disciplinary proceedings as a member of any bar; and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Ventana Medical Systems, Inc. ("Ventana") has assented to this motion.

**WHEREFORE**, Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc. requests that the Court grant this motion to admit Douglas E. Ringel and John R. Hutchins *pro hac vice*.

VISION BIOSYSTEMS, INC.,

By its attorneys,

/s/ Pamela A. Zorn
Robert J. Muldoon, Jr. (BBO# 359480)
Pamela A. Zorn (BBO #640800)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

DATED: December 21, 2005

## Local Rule 7.1(A)(2) Certification

I, Pamela A. Zorn, hereby certify that I conferred with counsel for Ventana in a good faith attempt to narrow or resolve the matters that are the subject of Vision Biosystems, Inc.'s Motion For Admission Of Attorney *Pro Hac Vice*. Ventana has assented to the Motion.

DATED: December 21, 2005          /s/ Pamela A. Zorn

00095358.DOC /