UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |
| VENTANA MEDICAL SYSTEMS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-CV-10614-GAO |
| VISION BIOSYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF JOHN R. HUTCHINS, ESQ.
IN SUPPORT OF VISION BIOSYSTEMS INC.'S
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, John R. Hutchins, on my oath swear and depose:

1.     I am a member of the law firm of Kenyon & Kenyon, located at 1500 K Street, N.W., Washington, D.C. 20005, telephone (202) 220-4200.

2.     I was admitted to the Bar of the State of New York in 1996 and the Bar of the District of Columbia in 1997.  I am also admitted to practice before the U.S. Patent and Trademark Office, the United States Court of Appeals for the Federal Circuit, and the United States District Court for the District of Columbia.

3.    I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    My firm represents Vision Biosystems Inc., formerly known as Vision Biosystems (USA) Trading Inc., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 20th day of December, 2005.

John R. Hutchins

00095315.DOC /