UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-CV-10614-GAO |

## VISION BIOSYSTEMS, INC.'S ASSENTED-TO
## MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Pamela A. Zorn, a member of the bar of this Court and attorney for Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc., moves to admit attorneys Walter E. Hanley, Jr., Ronald L. Sigworth, and B. Delano Jordan to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavits of Walter E. Hanley, Jr., Ronald L. Sigworth, and B. Delano Jordan, which state that: (1) Attorney Hanley is a member in good standing of the Bar of the State of New York; Attorney Sigworth is a member in good standing of the Bars of the States of Virginia and New Jersey, and the District of Columbia; Attorney Jordan is a member in good standing of the Bar of the State of

00096539.DOC /

Michigan, and the District of Columbia; and each are admitted to practice before the U.S. Patent and Trademark Office; (2) they are not currently the subject of any disciplinary proceedings as a member of any bar; and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Ventana Medical Systems, Inc. ("Ventana") has assented to this motion.

**WHEREFORE**, Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc. requests that the Court grant this motion to admit Walter E. Hanley, Jr., Ronald L. Sigworth, and B. Delano Jordan *pro hac vice*.

VISION BIOSYSTEMS, INC.,

By its attorneys,

/s/ Pamela A. Zorn
Robert J. Muldoon, Jr. (BBO# 359480)
Pamela A. Zorn (BBO #640800)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

DATED: December 30, 2005

## Local Rule 7.1(A)(2) Certification

I, Pamela A. Zorn, hereby certify that Attorney Douglas E. Ringel conferred with counsel for Ventana in a good faith attempt to narrow or resolve the matters that are the subject of Vision Biosystems, Inc.'s Motion For Admission Of Attorneys *Pro Hac Vice*. Ventana has assented to the Motion.

DATED: December 30, 2005                    /s/ Pamela A. Zorn

00096539.DOC /

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 03-CV-10391-GAO ) ) ) ) ) |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 05-CV-10614-GAO ) ) ) ) ) |

**AFFIDAVIT OF WALTER E. HANLEY, JR., ESQ.
IN SUPPORT OF VISION BIOSYSTEMS INC.'S
<u>MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*</u>**

I, Walter E. Hanley, Jr., on my oath swear and depose:

1. I am a member of the law firm of Kenyon & Kenyon, located at One Broadway, New York, NY 10004, telephone (212) 425-7200.

2. I was admitted to the Bar of the State of New York in 1977. I am also admitted to practice before the U.S. Patent and Trademark Office, the United States Court of Appeals for the Federal Circuit, and the United States District Courts for the Southern, Eastern and Western

00095315.DOC /

- 2 -

Districts of New York, the Eastern District of Michigan, the Western District of Wisconsin and the Northern District of California.

3.  I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  My firm represents Vision Biosystems Inc., formerly known as Vision Biosystems (USA) Trading Inc., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 28th day of December, 2005.

_____
Walter E. Hanley, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | C.A. No. 05-CV-10614-GAO |

**AFFIDAVIT OF RONALD L. SIGWORTH, ESQ.
IN SUPPORT OF VISION BIOSYSTEMS INC.'S
<u>MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*</u>**

I, Ronald L. Sigworth, on my oath swear and depose:

1. I am associated with the law firm of Kenyon & Kenyon, located at 1500 K Street, N.W., Washington, D.C. 20005, telephone (202) 220-4200.

2. I was admitted to the Bar of the State of Virginia in 1997, the Bar of the State of New Jersey in 1998, and the Bar of the District of Columbia in 1998. I am also admitted to practice before the United States Supreme Court, the U.S. Patent and Trademark Office, the

- 2 -

United States Court of Appeals for the Fourth Circuit, and the United States District Court for the Eastern District of Virginia.

      3.      I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

      4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

      5.      My firm represents Vision Biosystems Inc., formerly known as Vision Biosystems (USA) Trading Inc., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 27th day of December, 2005.

*/s/ Ronald L. Sigworth*
Ronald L. Sigworth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | C.A. No. 05-CV-10614-GAO |

**AFFIDAVIT OF B. DELANO JORDAN, ESQ.
IN SUPPORT OF VISION BIOSYSTEMS INC.'S
<u>MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*</u>**

I, B. Delano Jordan, on my oath swear and depose:

1.   I am a member of the law firm of Kenyon & Kenyon, located at 1500 K Street, N.W., Washington, D.C. 20005, telephone (202) 220-4200.

2.   I was admitted to the Bar of the State of Michigan in 1999 and the Bar of the District of Columbia in 2000. I am also admitted to practice before the U.S. Patent and Trademark Office and the United States District Court for the Eastern District of Michigan.

3.	I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4.	I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.	My firm represents Vision Biosystems Inc., formerly known as Vision Biosystems (USA) Trading Inc., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 28th day of December, 2005.

B. Delano Jordan