UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | C.A. No. 05-CV-10614-GAO |

**VISION BIOSYSTEMS, INC.'S ASSENTED-TO
MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), Pamela A. Zorn, a member of the bar of this Court and attorney for Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc., moves to admit attorney William K. Wells to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of William K. Wells, which states that: (1) Attorney Wells is a member in good standing of the Bars of the States of New York, Virginia and Marylend, and the District of Columbia, and admitted to practice before the U.S. Patent and Trademark Office; (2) he is not currently the subject of any disciplinary proceedings

00096862.DOC /

as a member of any bar; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Ventana Medical Systems, Inc. ("Ventana") has assented to this motion.

**WHEREFORE**, Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc. requests that the Court grant this motion to admit William K. Wells *pro hac vice*.

VISION BIOSYSTEMS, INC.,

By its attorneys,

/s/ Pamela A. Zorn
Robert J. Muldoon, Jr. (BBO# 359480)
Pamela A. Zorn (BBO #640800)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

DATED: January 4, 2006

## Local Rule 7.1(A)(2) Certification

I, Pamela A. Zorn, hereby certify that I conferred with counsel for Ventana in a good faith attempt to narrow or resolve the matters that are the subject of Vision Biosystems, Inc.'s Motion For Admission Of Attorneys *Pro Hac Vice*. Ventana has assented to the Motion.

DATED: January 4, 2006                     /s/ Pamela A. Zorn

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br><br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION BIOSYSTEMS, INC., <br><br> Defendant. | C.A. No. 05-CV-10614-GAO |

**AFFIDAVIT OF WILLIAM K. WELLS, ESQ.
IN SUPPORT OF VISION BIOSYSTEMS INC.'S
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, William K. Wells, on my oath swear and depose:

1. I am a member of the law firm of Kenyon & Kenyon LLP, located at 1500 K Street, N.W., Washington, D.C. 20005, telephone (202) 220-4200.

2. I was admitted to the Bar of the State of New York in 1974, the Bar of the District of Columbia in 1978, the Bar of the State of Virginia in 1985, and the Bar of the State of Maryland in 1989. I am also admitted to practice before the U.S. Patent and Trademark Office, the United States Court of Appeals for the Federal Circuit, the United States District Court for

- 2 -

the Eastern District of Virginia, the United States District Court for the District of Columbia, and the United States District Court for the District of Maryland.

3.   I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.   My firm represents Vision Biosystems Inc., formerly known as Vision Biosystems (USA) Trading Inc., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 3rd day of January, 2006.

*William K. Wells*
William K. Wells