## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |
| VENTANA MEDICAL SYSTEMS, INC. | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-10614-GAO |
| VISION BIOSYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

In accordance with Local Rule 83.5.2, D.Mass., please enter the withdrawal of appearance of E. Anthony Figg, Elizabeth A. Leff, Minaksi Bhatt, Richard Wydeven and C. Nichole Gifford of Rothwell, Figg, Ernst & Manbeck, P.C., 1425 K. Street N.W., Suite 800, Washington, D.C. 20005, as lead counsel of record for Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc.

Successor Counsel filed its appearance in this action on December 21, 2005.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Vision BioSystems, Inc.<br><br> By their attorneys,<br><br>/s/ Elizabeth A. Leff<br>Elizabeth A. Leff<br>E. Anthony Figg,<br>Minaksi Bhatt<br>Richard Wydeven<br>C. Nichole Gifford<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K. Street, N.W., Suite 800<br>Washington, D.C. 20005<br>(202) 783-6040 |
| Dated:   February  1 , 2006 | eleff@rfem.com |

## CERTIFICATE OF SERVICE

     I, Brian L. Gallagher, hereby certify that this document was filed through the ECF system on February 1, 2006, and that a true paper copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing on February 1, 2006 by first class mail.

                            /s/ Brian L. Gallagher
                            Brian L. Gallagher