# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |
| VENTANA MEDICAL SYSTEMS, INC. | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-10614-GAO |
| VISION BIOSYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

In accordance with Local Rule 83.5.2, D.Mass., please enter the withdrawal of appearance of Christine M. Roach, Roach & Carpenter, P.C., 24 School Street, Boston, MA as local counsel of record for Vision Biosystems, Inc., formerly known as Vision Biosystems (USA) Trading Inc.

Successor Counsel has already filed its appearance in this action on December 21, 2005.

                                                  Respectfully submitted,
                                                  Vision BioSystems, Inc.

                                                  By their attorneys,

                                                  /s/ Christine M. Roach
                                                  Christine M. Roach BBO # 421630
                                                  ROACH & CARPENTER PC
                                                  24 School Street
                                                  Boston, Massachusetts 02108
                                                  (617) 720-1800
Dated:  February 1, 2006                       cmr@rc-law.com

**CERTIFICATE OF SERVICE**

      I, Brian L. Gallagher, hereby certify that this document was filed through the ECF system on February 1, 2006, and that a true paper copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing on February 1, 2006 by first class mail.

                                        /s/ Brian L. Gallagher
                                        Brian L. Gallagher