UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., Plaintiff, v. VENTANA MEDICAL SYSTEMS, INC., Defendant. | ) ) ) ) ) ) ) ) ) | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., Plaintiff, v. VISION BIOSYSTEMS, INC., Defendant. | ) ) ) ) ) ) ) ) ) | C.A. No. 05-CV-10614-GAO |

**NOTICE BY VISION BIOSYSTEMS OF WITHDRAWAL
OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
BASED ON COLLATERAL ESTOPPEL (D.I. 130 IN 03-10391; D.I. 29 IN 05-10614)**

Vision Biosystems Inc. (formerly known as Vision Biosystems (USA) Trading Inc.) ("Vision") respectfully withdraws its Motion for Summary Judgment of Non-Infringement Based on Collateral Estoppel filed October 7, 2005 (D.I. 130 in 03-10391; D.I. 29 in 05-10614). Counsel for Vision has consulted counsel for Ventana Medical Systems, Inc. ("Ventana"), and Ventana does not object to this withdrawal.

Respectfully submitted,

Dated:  February 20, 2007

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr. (BBO #359480)
Pamela Zorn Adams (BBO #640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Douglas E. Ringel (*pro hac vice*)
John R. Hutchins (*pro hac vice*)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC  20005
(202) 220-4200

00151476.DOC /