UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., <br><br> Plaintiff, <br> v. <br><br> VENTANA MEDICAL SYSTEMS, INC., <br><br> Defendant. | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> VISION BIOSYSTEMS INC., <br><br> Defendant. | C.A. No. 05-CV-10614-GAO |

**UPDATED LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Vision BioSystems Inc. (formerly known as Vision BioSystems (USA) Trading Inc.), pursuant to Local Rule 7.3, hereby updates its corporate disclosure statement, as follows:

Vision BioSystems Inc. is now a wholly-owned subsidiary (through other wholly-owned subsidiaries) of Danaher Corporation, a Delaware corporation with an address at 2099 Pennsylvania Ave. N.W., Washington, D.C. Danaher Corporation is a publicly-traded company

1

listed on the New York Stock Exchange. There are no publicly held companies that own 10% or more of the stock of Danaher Corporation.

Respectfully submitted,

Dated: April 24, 2007

<u>Pamela Zorn Adams</u>
Robert J. Muldoon, Jr. (BBO #359480)
Pamela Zorn Adams (BBO #640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Walter E. Hanley, Jr. (*pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Douglas E. Ringel (*pro hac vice*)
John R. Hutchins (*pro hac vice*)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
(202) 220-4200

Attorneys for Vision BioSystems Inc.

00159633.DOC /