IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| VENTANA MEDICAL SYSTEMS, INC., | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-10614-GAO |
| VISION BIOSYSTEMS, INC., | ) ) | |
| Defendant | ) ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT L. HARRIS**

Please withdraw the appearance of Robert L. Harris of Brown Rudnick Berlack Israels LLP as counsel for defendant Ventana Medical Systems, Inc. in the above captioned matter. Brian Michaelis of Seyfarth Shaw LLP will remain as counsel for the defendant Ventana Medical Systems.

                                                Respectfully submitted,
                                                **VENTANA MEDICAL SYSTEMS, INC.**
                                                By its attorneys,

                                                /s/ Robert L. Harris
                                                Robert L. Harris (BBO# 644829)
                                                BROWN RUDNICK BERLACK ISRAELS LLP
                                                One Financial Center
                                                Boston, MA 02111
                                                (617) 856-8200
                                                E-mail: rharris@brownrudnick.com

|  |  |
|---|---|
|  | Ron E. Shulman (*pro hac vice*) |
|  | Roger J. Chin (*pro hac vice*) |
|  | Nicole W. Stafford (*pro hac vice*) |
|  | WILSON SONSINI GOOD RICH & ROSATI |
|  | 650 Page Mill Road |
|  | Palo Alto, CA 94304 |
|  | (650) 493-9300 |
|  |  |
|  | Jeffrey N. Danis (BBO #113880) |
|  | VENTANA MEDICAL SYSTEMS, INC. |
|  | 1910 Innovation Park Drive |
|  | Tucson, AZ 85737 |
| Dated: May 24, 2007 | (520) 229-3965 |

# 1498045 v1 - HARRISRL - 021160/0005