UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENTANA MEDICAL SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-cv-10614-GAO |
| VISION BIOSYSTEMS, INC., | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Christopher F. Robertson of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02210 as counsel for the Plaintiff, Ventana Medical Systems, Inc., in the above-referenced matter.

Dated: June 22, 2007

Respectfully submitted,

VENTANA MEDICAL SYSTEMS, INC.

By its attorney(s),

    /s/ Christopher Robertson
Christopher F. Robertson (BBO #642094)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Facsimile:    (617) 946-4801

BO1 15857885.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 22, 2007.

                /s/ Christopher Robertson
                Christopher F. Robertson

BO1 15857885.1