UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING, INC.<br>    Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.<br>    Defendant<br><br><br>VENTANA MEDICAL SYSTEMS, INC.<br>    Plaintiff,<br><br>v.<br><br>VISION BIOSYSTEMS, INC.<br>    Defendant | CIVIL ACTION 03-CV-10391-GAO<br><br><br><br><br><br><br><br>CIVIL ACTION NO. 05-CV-10614-GAO |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF CARLA A. SALVUCCI

Please withdraw the appearance of Carla A. Salvucci as counsel for defendant Ventana Medical Systems, Inc in the above captioned matter. Brian Michaelis and Robert L. Harris of Brown Rudnick Berlack Israels LLP will remain as counsel for the defendant Ventana Medical Systems

Respectfully submitted,
**VENTANA MEDICAL SYSTEMS, INC.**
By its attorneys,

/s/ Carla A. Salvucci
Brian L. Michaelis (BB0# 555159)
Robert L. Harris (BBO# 644829)
Carla A. Salvucci (BBO # 657465)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
E-mail: bmichaelis@brownrudnick.com
E-mail: rharris@brownrudnick.com
E-mail: csalvucci@brownrudnick.com

-2-

        Ron E. Shulman (*pro hac vice*)
        Roger J. Chin (*pro hac vice*)
        Nicole W. Stafford (*pro hac vice*)
        WILSON SONSINI GOOD RICH &
          ROSATI
        650 Page Mill Road
        Palo Alto, CA 94304
        (650) 493-9300

        Jeffrey N. Danis (BBO #113880)
        VENTANA MEDICAL SYSTEMS, INC.
        1910 Innovation Park Drive
        Tucson, AZ 85737
Dated: June 25, 2007   (520) 229-3965

# 1478901 v1 - HARRISRL - 021160/0012