UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VENTANA MEDICAL SYSTEMS, INC., )<br>)<br>Defendant. ) | C.A. No. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VISION BIOSYSTEMS INC., )<br>)<br>Defendant. ) | C.A. No. 05-CV-10614-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned Anthony L. DeProspo, Jr., as counsel for Vision Biosystems, Inc.

Dated: August 3, 2007

VISION BIOSYSTEMS, INC.,

By its Attorneys,

/s/ *Anthony L. DeProspo, Jr.*
Robert J. Muldoon, Jr. (BBO #359480)
Pamela Zorn Adams (BBO #640800)
Anthony L. DeProspo, Jr. (BBO# 644668)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000
aldeprospo@sherin.com

- 2 -

        Walter E. Hanley, Jr. (*pro hac vice*)
        KENYON & KENYON LLP
        One Broadway
        New York, NY 10004
        (212) 425-7200


        Douglas E. Ringel (*pro hac vice*)
        John R. Hutchins (*pro hac vice*)
        KENYON & KENYON LLP
        1500 K Street, N.W.
        Washington, DC 20005
        (202) 220-4200