**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VISION BIOSYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 05-CV-10614-GAO |

**JOINT STATEMENT TO INFORM COURT ON STATUS OF SETTLEMENT**

The parties wish to inform the Court that they are still negotiating a final agreement to settle the present related litigations pending before this Court.  The parties agree to report to the Court within the next few days on the status of the settlement discussions and agreement and inform the Court as to whether or not all litigation deadlines related to this action should remain suspended.

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys:


/s/ Brian Michaelis
Brian L. Michaelis (BBO #555159)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800


Jeffrey N. Danis (BBO #113880)
VENTANA MEDICAL SYSTEMS, INC.
1910 Innovation Park Drive
Tucson, AZ 85737
(520) 229-3965


Ron E. Shulman (*pro hac vice*)
Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300


Nicole W. Stafford (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Hwy. North
Westech 360, Suite 3350
Austin, TX 78759-7247
(512) 338-5400

VISION BIOSYSTEMS, INC.

By its attorneys:


/s/ Robert Muldoon
Robert J. Muldoon, Jr. (BBO #359480)
Pamela Zorn Adams (BBO #640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000


Walter E. Hanley, Jr. (*pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200


Douglas E. Ringel (*pro hac vice*)
John R. Hutchins (*pro hac vice*)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
(202) 220-4200