IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VISION BIOSYSTEMS (USA) TRADING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 03-CV-10391-GAO |
| VENTANA MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>VISION BIOSYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 05-CV-10614-GAO |

### JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate, by and through their respective counsel, that these actions are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

/ / /

| VENTANA MEDICAL SYSTEMS, INC. | VISION BIOSYSTEMS, INC. |
|---|---|
| /s/ Roger Chin | /s/ Douglas E. Ringel |
| Brian L. Michaelis (BBO #555159) | Robert J. Muldoon, Jr. (BBO #359480) |
| SEYFARTH SHAW LLP | Pamela A. Zorn (BBO #640800) |
| Two Seaport Lane | SHERIN AND LODGEN LLP |
| Suite 300 | 101 Federal Street |
| Boston, MA 02210 | Boston, MA 02110 |
| (617) 946-4800 | (617) 646-2000 |
| | |
| Ron E. Shulman (*pro hac vice*) | Douglas E. Ringel (*pro hac vice*) |
| Roger J. Chin (*pro hac vice*) | John R. Hutchins (*pro hac vice*) |
| Nicole W. Stafford (*pro hac vice*) | KENYON & KENYON LLP |
| WILSON SONSINI GOODRICH & ROSATI | 1500 K Street, N.W. |
| 650 Page Mill Road | Washington, DC 20005 |
| Palo Alto, CA 94304 | (202) 220-4200 |
| (650) 493-9300 | |