# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

VENTANA MEDICAL

v.                                    Case No. 05-10614 GAO

VISION BIO SYSTEM

## RECEIPT

Return by ~~Received from~~ the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

6, 7, 8, 9

Name: CLAIRE NORFOLK
Address: SEYFARTH SHAW
2 SEAPORT BLVD
BOSTON, MA
Telephone: 617-946-4846

Date: 9-2-08

(Exhibit&docs Receipt.wpd - 09/96)