# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Vantana Medical

v.                                  Case No. 05-CV-10614

Vision Biosystems

## RECEIPT

~~Received from~~ Return by the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

34

Name: Kathleen Kilroy
Address: Shusin + Lodgen, LLP
101 Federal Street.
Telephone: 617.645.6944

Date: 9/2/08

(Exhibit&docs Receipt.wpd - 09/96)